

7 Ekim 2020

B 12138

TERCÜME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil Action No. 1:20-cv-02227 |
| ) | |
| v. ) | |
| ) | |
| FIFTY-THREE VIRTUAL CURRENCY ) | **HUSAMETTIN KARATAS'** |
| ACCOUNTS, *et al.*, ) | **VERIFIED CLAIM** |
| ) | |
| *Defendants.* ) | |

I, Husamettin Karatas, received noticed of the government's civil complaint against the Defendant Properties. I claim that I am the owner of Defendant Property 180, one of the 53 virtual currency accounts comprising Defendant Property Fifty-Three Virtual Currency Accounts. I did not and do not have knowledge of any unlawful conduct giving rise to the forfeiture.

## VERIFICATION

I have read this claim, the information contained in this document is based on my personal knowledge, and I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October, 2020 by: _____

HUSAMETTIN KARATAS

Subscribed and sworn to before me this 7th day of October, 2020

07 Ekim 2020

№ 12138

**AMERİKA BİRLEŞİK DEVLETLERİ**
**KOLOMBİYA BÖLGESİ BÖLGE MAHKEMESİ**

| | |
|---|---|
| AMERİKA BİRLEŞİK DEVLETLERİ ) | Hukuk Davası No: 1:20-cv-02227 |
| Davacı ) | |
| karşı ) | **HÜSAMETTİN KARATAŞ'IN** |
| ) | **TASDİKLİ İDDİASI** |
| ELLİ ÜÇ SANA PARA HESABI ve diğerleri ) | |
| Davalılar ) | |

Ben, Hüsamettin Karataş, Davalı Malvarlıkları'na karşı hükümetin özel hukuk suç duyurusu bildirimini tebliğ aldım. Davalı Malvarlığı Elli Üç Sanal Para Hesaplarını oluşturan 53 sanal para birimi hesabından biri olan Davalı Malvarlığı 180'in sahibi olduğumu iddia ederim. Müsadereye sebep teşkil edebilecek herhangi bir yasadışı duruma dair bilgim olmamış ve halen bulunmamaktadır.

**TASDİK**

Bu iddiayı okudum ve işbu belgedeki bilgiler kişisel bilgime dayanmaktadır ve yalan beyanda bulunma cezası tahtında söz konusu bilgilerin gerçek ve doğru olduğunu beyan ederim.

7/Ekim/2020 tarihinde Hüsamettin KARATAŞ tarafından imzalanmıştır.
İmza:

7/Ekim/2020 tarihinde huzurumda düzenlenmiş ve yemin edilmiştir.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on October 7, 2020, with the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

/s/ James W. Cooper
James W. Cooper (DC Bar # 421169)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.5000
Facsimile: +1 202.942.5999
E-mail: James.W.Cooper@arnoldporter.com

*Counsel for Claimant Husamettin Karatas*