## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS,** | ) | |
| | ) | |
| **ONE HUNDRED TWENTY-SEVEN VIRTUAL CURRENCY PROPERTIES,** | ) | |
| | ) | |
| **FIVE ACCOUNTS HELD AT FINANCIAL INSTITUTION 1,** | ) ) | **Civil Action No. 20-cv-2227** |
| | ) | |
| **THE ALQASSAM.NET DOMAIN,** | ) | |
| | ) | |
| **THE ALQASSAM.PS DOMAIN,** | ) | |
| | ) | |
| **-- and –** | ) | |
| | ) | |
| **THE QASSAM.PS DOMAIN** | ) | |
| | ) | |
| **Defendants.** | | |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 13th day of August, 2020, alleging that the above defendant properties are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C § 1956(a)(2);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

### SEE CHART ON FOLLOWING PAGE

## VIRTUAL CURRENCY EXCHANGE ACCOUNTS

Accounts at Virtual Currency Exchange 1:

| Defendant Property # | Account Identifier |
|---|---|
| 1 | 3PajPWymUexhewHPczmLQ8CMYatKAGNj3y |
| 2 | 3LrjAKNfnyX2BGmor6ZNxvZutM1Q3KEejZ |
| 3 | 1HrPF5CPqJiWbkroxheU5LcHL7bZNDi76v |
| 131 | 17cZ7CBhSPHn2gDkfNgrwNmHFDDHX7zC6q |
| 132 | 1J6665h8Njpva6crm1VSFwW8BToNFxaPxz |
| 133 | 1GeLggwn8GqtTW6CYFUwerybHkzcNqPqaX |
| 134 | 1Jp1Kwn43qzHWt7bGMdgZS9ZPbTi7rK9AY |
| 135 | 1MgudcZEMXpB8uXUswuGHgDBTNmUZ8ZkZD |
| 136 | 1PmAgUZXVvKMRcS37Hu2XVqdkovKG8ZPTk |
| 137 | 1FUgt1eY69Ric3oaqtNK1xUex7dqph1eEv |
| 138 | 3HB3GQhNxjfvPYKBYfUZwUVpSatqE8tHBb |
| 139 | 3QqerQBe5duLc9YwqvKvDPAc3TJZxcfrsw |
| 140 | 3E8yaNXEKQnnFMvnyyrwxaM9DaqNxHpFzP |
| 141 | 3FeZrRq9nisxeR4RxBdj4DnhJSsABtGBAC |
| 142 | 119Yw1qsUihJmBu68gcqgN36CrGy92d4aNX |
| 143 | 32sVYnjTbnULtPKT8wuSNc7mzdwyuDDuAr |

Accounts at Virtual Currency Exchange 2:

| Defendant Property # | Account Identifier |
|---|---|
| 144 | 13gGNrqWGPN5XxYNnceWEgGykuHuaFhPFM |
| 145 | 1LuGcrfVyQ8KK1QuQysZcgoRtg7nuU55DH |
| 146 | User ID: 35764207 |
| 147 | 1DjYVV19zAuJPcXjn44is2CsAn4sW4it5W |
| 148 | 15WrJ9vkvw46HGaD9PKpDLkGD6MCX8CEVR |
| 149 | 14sXBGZZzeunJuyyA1fJY4tKyC5RM7WYTP |
| 150 | 1LGcSmCwR2eMurxgwLeJtV9iRoLHCVNv3G |
| 151 | 1Fyyfqjo4pvxwv6yqW5FrzrNspsYrX6ErX |
| 152 | User ID: 20920319 |
| 153 | 1P49duqmF5PwRSEpmL13F9QS8y3jVe4zjW |
| 154 | 1BU8uxGuoFeATAey8XG91Q6Ux23tTTeYyx |
| 155 | 1DPuLoyzjjTsbGFNcWFu7eK52uYg1qFHtr |
| 157 | User ID: 22237397 |
| 158 | 1XD6XifgGCsvcGBUzXqpNNnvC5j3y8gey |
| 159 | 133sCL2aCviV8N1TLngFGco7CDhHDmwChR |
| 160 | 1A55bZqCNtFgASJHG4FxTNiAsU3jTt7DVo |
| 161 | 1B7etAU8bG848QNXJjpe9XH9a1WrcWFm2Q |

Account at Virtual Currency Exchange 3:

| Defendant Property # | Account Identifier |
|---|---|
| 156 | 34vKeiCwwu5guBZhr4J8RbnKTus8q1j7Sa |

Accounts at Virtual Currency Exchange 4:

| Defendant Property # | Account Identifier |
|---|---|
| 162 | 3A2KA243cB17yFFWEcWqffTi3c9CAvq8Dh |
| 163 | 3JXrtFWn7kaoz75bPqD23kPpMtKZiK3j2w |

Account at Virtual Currency Exchange 5:

| Defendant Property # | Account Identifier |
|---|---|
| 164 | 35Yn5sRoasPArcXhN3Uz2HANn34rYg7ihG |

Account at Virtual Currency Exchange 6:

| Defendant Property # | Account Identifier |
|---|---|
| 165 | 31mT7hQ7V6B58hfNVJchZTXP7gANpZjUjK |

Account at Virtual Currency Exchange 7:

| Defendant Property # | Account Identifier |
|---|---|
| 166 | Account at Virtual Currency 7 identified by email address |

Accounts at Virtual Currency Exchange 8:

| Defendant Property | Account Identifier |
|---|---|

| # | |
|---|---|
| 167 | 3AwD6c5H2Hp6v73Md7Aon5n6HJU5YoBpDz |
| 176 | 373k2ZQFXVsCtqdFyzRj7zmtsz1aP9dWoZ |

Accounts at Virtual Currency Exchange 9:

| Defendant Property # | Account Identifier |
|---|---|
| 168 | Account number: 11398678 |
| 169 | 1GgELQKEcqn572mvHKtzPBrjZ9L3bpKiLi |
| 170 | Account number: 11436806 |
| 171 | 1Eg7YSoJiqUV7ERsDXiGKExtyJkkXR7NHr |
| 178 | 1JJrTJgxSNqEPDrRBogD7odjvCwuog9Cqb |

Accounts at Virtual Currency Exchange 10:

| Defendant Property # | Account Identifier |
|---|---|
| 172 | Account number: 5806702 |
| 173 | Account number: 6971221 |
| 174 | 3QRGcu41GN8cGYkp49xrv8VB7prLkokzLk |

Accounts at Virtual Currency Exchange 11:

| Defendant Property # | Account Identifier |
|---|---|
| 175 | 1Mduu84x4Wm7FWm5vgaNvtk3APhEw1661t |
| 177 | 1D9jDMKhss9vtmeRWeBA6tmts52JoQyezk |

Accounts at Virtual Currency Exchange 12:

| Defendant Property # | User ID |
|---|---|
| 179 | 931770 |
| 180 | 2319627 |

VIRTUAL CURRENCY ADDRESSES

| Defendant Property # | Virtual Currency Address |
|---|---|
| 4 | 17QAWGVpFV4gZ25NQug46e5mBho4uDP6MD |
| 5 | 1KDFQFnFfy9gJgXF18U3vpfeJQAeixPp1K |
| 6 | 1HQhQfFPesW8znZdsdizHnA8ggvtc6NJ4k |
| 7 | 1AW9z69zW2Wpg5i2gFs9YzkvZLjzDNx5VG |
| 8 | 14EwXyqiB3yVLDJ1zVNevvEDpyyhBdnzjk |
| 9 | 14S3GUHsqSY2am6yCPqEhb72sECUUbnRtE |
| 10 | 14dRMzjmatz7zkc7iRYaitMvw4YPxXJYHf |
| 11 | 1JJQceg2YZuCsJxUvAAVwU2YH4wDwxQoy6 |
| 12 | 1EQFWyM1gTus8cnuwHQErnaED3um1py2pF |
| 13 | 19ncZQTCBfvfW5bsM7v3Pe7t6nzu4GZy4r |
| 14 | 31hnjnw7Xe8e183u2qffHt4qpLFLfergmF |
| 15 | 31idyYGpkmev8S1Kve8TvHExYdFeDM2saV |
| 16 | 31iUH4sRXJt9F8MnnpVY1HAxUZ1qZQ4Z7x |
| 17 | 31iZbakXU1arYMMyiCgceipKjUxCF19N5j |
| 18 | 31jbxdhDYxkB6ULhsk7VMLsNB3KQgTREUZ |
| 19 | 31k6eLZLTP1adv7EqZNkbnd8Jm1oHnULuP |
| 20 | 31mnD8FtBVyHh6CCFsUwiTFHuu6RMTCjcR |
| 21 | 31mUJqpqH8HLsGaxMdARTgdPHkbWbq2yuQ |
| 22 | 31n5MTyfWEFFm7pXf7e9Qt2i5Ec8jKA1py |
| 23 | 31nob3VbXpByQZBuvHdFF1vcwjBoSd1xJF |
| 24 | 31o5C1u66MjVZMrcJHzHYuQFk9XuDUznqX |
| 25 | 31osZ4w7nPC2wbezG3fhu7fraUNBeEfdyA |

| 26 | 31ot27eWxmxbQtVWmpiSyuakJNKqwc4uSZ |
| 27 | 31otG9J9PWZ5GuUaAFVwuzP5nrAX6sVNh8 |
| 28 | 31p9vft5AqYgt7uPxTXCis97zHE2E8RkTG |
| 29 | 31pmPV1XpevjEUzPtmr5sDXm8s4YzTyaS2 |
| 30 | 31pWw13YTX5h9EY6T5hjcRDT4bDF6cQMXR |
| 31 | 31pYNazDxCwnhAyVCNqpELTE66qi4KcEA5 |
| 32 | 31qeJQa6Y6LL74HDBe5ZkuE7GxfMvUAh7t |
| 33 | 31qk3S4hqj5KfedbVo45nFdvrXQ6TnYtY2 |
| 34 | 31qMgW6GideWcAHTdYf4GN3UEKEzVTP6jb |
| 35 | 31qv732ydN8kbUyLYbv5QBNDyHRbRqL5wo |
| 36 | 31rbKDq1pwA1GLHwa82cySVrkTo1R6htMK |
| 37 | 31rhvmw3BPW9bYXvV6RJ4ZuwgUP2QbN6Wp |
| 38 | 31rQoLSQkVa2SQhgRByhrM5e69KaKPntpp |
| 39 | 31rZQb9DM2Fz5Yqi47UTsZ3FttETRAvbeu |
| 40 | 31s1NZm8S16JsedBDJcSX815ikhNCkro28 |
| 41 | 31spTrrz7g2nCtf7JPVFrsAwiQi6SGJygU |
| 42 | 31tKBTcV4bWYLEXzSwByPuJWmEnWkNUXNs |
| 43 | 32LjBurh7tKVpxmhhEhfPUnKYzV7jxzane |
| 44 | 33mskKAPj8RVaFcSaCDtWtpCQYNCp4dFLw |
| 45 | 344Aycb4ZzEZXEF26qgbGrfYjFEqMJbN6F |
| 46 | 38vt9RRxHJboCyFbTieWT1sFKxbacKeBgg |
| 47 | 3AHkpUF4zgvxVxRPKNrTQyo4NrZ1PH8x5Z |
| 48 | 3CafimPzKw8ZhXQyQjojD2GDNpwsaQb12J |
| 49 | 3DTLocTRA6s4LyZGnSN5g4aRfLd8FVaxHh |
| 50 | 3Ea4umPPeQGELifMTXWmkJAZCzijBuYtVm |
| 51 | 3EaD7SfNXda1LujuB1fyi8mzuA1qmrsUAq |
| 52 | 3EaGnTmpjGYRSV2KAkrgP6zg2uhPHAw15o |
| 53 | 3EaKhQrXE2oZ6b74H7ML2SipNU7cdXhqDz |
| 54 | 3EaPVCEnRRWZ96qJR8p6JgvgeTmGshvZRy |
| 55 | 3EbyqWHMMzE96mMmB6bASnXsaGinwq7now |
| 56 | 3EciaU3UgTycJvmD2KC4YG4NBoh6fqpZFU |
| 57 | 3EcQ7XQXQiSS27LgV3hrvsXFntN7GxAxzf |
| 58 | 3EdXMhAWLKg7PJfLbEKRCMm8Ldm6dsZDzT |
| 59 | 3EeAr4pt2n9wjeFWY5XXTK1AGcmfTLG2hB |
| 60 | 3Eein3xzdKxrvKQQJp5Y5H8cbqrhoEKW1N |
| 61 | 3EekremuSe1bnR43w9nZMG2W7YMkbvgPEa |
| 62 | 3EemNUbRZoov3jp38BZuAJhSXxnSKQRN9F |
| 63 | 3EeNxvKupEyozjPEvoccaZBQN2TVTgndgP |
| 64 | 3EeqkFMzUEPMpB4PZeDe1yHBmLVSiQ6QdX |
| 65 | 3EeyeaD1YXwrkQGeYgo7QsoJi9tL9CZrxw |
| 66 | 3EfH1Jk9JBqu6cHqXWUysRiM16HS5bjeK6 |
| 67 | 3EfKyF6eCRVTmvoMXPk8jUgDWfMXXAhhVq |
| 68 | 3EfUV43ULkkxsezDDbfnh9acBWhCNXQw3p |
| 69 | 3EfYuiuGvoU6quCSD7RNHBQAngqkfjtu75 |

| 70 | 3EfzSMeN4ds6HXTWP4FZeVZynJTSvvtUgN |
| 71 | 3EgLDToL4NS51KC7LzY8rw6CsLeaoUVzzz |
| 72 | 3Egn1PtQuctJViaK5E9gn2BYUZ9vkoyhQY |
| 73 | 3Egrrh9KgqYYnwoTic2mGrNNqUg7H2xMzt |
| 74 | 3EguPmkenPJa5ezKgRi41nnnz7JwUvexfy |
| 75 | 3EWxNDQg52QH7ZXrAfxU22T5XyKCtxUG8Q |
| 76 | 3EX4bu9vjudVXnFEXJq7pRW7qboPLPcCpU |
| 77 | 3EX9MLM6pTK6nvajFj4woTx2nT7NXBXrLZ |
| 78 | 3EXBCqAR9jW2XJsGK6pAifLhZrg76vDJxF |
| 79 | 3EXUxdgs5JjmBTvhpCCtyYXveHXW9Ykxmc |
| 80 | 3EXzujBDN5cVDeRgysMpQjyK8AZ3eZ7m5L |
| 81 | 3EY8Ln5c51jwY4x7pKroCETEAK6Ch4EDVu |
| 82 | 3EYc9agtyf5xjdX6gjXNXQVvxUb3UNtTzc |
| 83 | 3EYwWQxei7iFczcr99LcJAa5pFtFdyQrYX |
| 84 | 3EZ6Veppfg Zc3bGuefA7V5g17i9BnnNVWD |
| 85 | 3EZetpgN7K5jow7sv9dKQZ2tL6JfNJU4Hy |
| 86 | 3EZf21ULWjqpLDtzJU1qbfqxgHqaPDpdUD |
| 87 | 3EZfMVxWBNBUm23HUvvaQXcET3WbkR34oS |
| 88 | 3EZG4CNSAiDchj5mU5NehxtqVZgJqj3tuN |
| 89 | 3EZQYLt6XAaWgwqm6PUHAKPGcfNtt3oY6T |
| 90 | 3EZvc5LA6WjchP7VWY3BohXZ6u73xo3WcE |
| 91 | 3EZx1DuWqwuRhErsoZJva2ibp8FUuYjBvC |
| 92 | 3Fq8LkKoJU61MVqL7HJiPR3ecEpxEmqKkU |
| 93 | 3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR |
| 94 | 3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR |
| 95 | 3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ |
| 96 | 3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ |
| 97 | 3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW |
| 98 | 3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW |
| 99 | 3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev |
| 100 | 3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev |
| 101 | 3Fr9hEMfYCnRoNyd9wEBJPMVgSEgVRxFXT |
| 102 | 3FraSMiSHqntVAxiAiaPaD2z2K1YMvmSu9 |
| 103 | 3Freatgh7mpUhSjvrzUvDR4kR23ERYu3Gz |
| 104 | 3FrfgNJ6cMoLt4DvSokLRWJYhs3iR58uG6 |
| 105 | 3FrGKydHtTg1mgrwzaBdCF2TLq6dne7sQW |
| 106 | 3FrgLnW4DQWJQXkaHQm1rvH4GFk7MPpRzy |
| 107 | 3Frh4A8Tecb1YFsf9T64TCvE6XCqv17Mse |
| 108 | 3FricPpCwRFkL7zvYBKNEYMGUQp5F7Qj47 |
| 109 | 3FrP22X7MGdQZX66FHDPsrMvGoxFzFxxSD |
| 110 | 3FrPk5dAyqSpvs1bM43hRFHwHVmnosHw3B |
| 111 | 3FrRV3hZKuBJmd9oEHuwPbq4Dq1f49yzus |
| 112 | 3FrS1Vm2Vha1JrMTrGiyCxpwjvEx27cfS8 |
| 113 | 3FrSvZWjvDSGrRDPG6fdwEEEsUkrY65ZU7 |

| 114 | 3FrTayH9wkCnNkTTkfuqx7SVQQzzCQd5Cp |
| 115 | 3FrUtZ3dXoGNDWejDbXanYEfZR56JyiLsT |
| 116 | 3FrVsAxKhtau1kcjVY8iXQNo2i1uZD6orS |
| 117 | 3FrZphLBUTm9aTiXhnZTA3piVJ4oTxjpBU |
| 118 | 3FtDtZdVMY53Jjk8fCPxydXb633jFdj3wo |
| 119 | 3FtHfUNd2zgSY8FNW4Aq2f88wwSYiyVacg |
| 120 | 3Ftpn5gXf79Zurdf7PYGfQZiipgVqEiUkg |
| 121 | 3FvrNAv5KaEWVA7o8JJKFqeCfCP28JqRDt |
| 122 | 3FvV3xyheg6BWAjX8Yy6dcENRfmhMnAZ6a |
| 123 | 3Fw3NTwtmk8zQuwg6s2FPniXWPKirfqAgP |
| 124 | 3FWSkG5NmyXF3rqMav7piXiJUDYzKpgFRT |
| 125 | 3JaDQWNPyysYRcNNQxgkwSUpApXvn3XkBW |
| 126 | 3La8eKaybxVeBLDxGNSyydVRoX9ZxjrDCW |
| 127 | 3LhP8JYJ77cj2eVXBasY92Z6omTyRbUdbh |
| 128 | 3Ngo99WAQieMEJGf5WJz2ycH1reFkjd6yg |
| 129 | 3QGyLXfEdN1iPt21toAf4qhM4zQ8zsDMMy |
| 130 | 3Qms9Dk4ViL2LNfup8J5fYLXYCWsXj43Qa |

## ACCOUNTS AT FINANCIAL INSTITUTION 1

| Defendant Property # | Account Ending | Email Address |
|---|---|---|
| 181 | 40816 | Hamas Email 1 |
| 182 | 17365 | Hamas Email 1 |
|     |       | Hamas Email 2 |
| 183 | 01709 | Hamas Email 2 |
|     |       | Hamas Email 3 |
| 184 | 08539 | Hamas Email 4 |
| 185 | 52104 | Hamas Email 4 |

## DOMAIN NAMES

| Defendant Property # | Account Ending |
|---|---|
| 186 | alqassam.net |
| 187 | alqassam.ps |
| 188 | qassam.ps |

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: December 8, 2020



Angela D. Caesar
Clerk of the Court

By:     /s/ Tonya Hightower
Deputy Clerk