## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:20-cv-02227-RC |
| FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*, | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## CLAIMANT HUSAMETTIN KARATAS' ANSWER TO THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Claimant Husamettin Karatas ("Claimant"), a citizen of the Republic of Turkey with no ties to the United States or any alleged United States-designated foreign terrorist organization as set forth in the Complaint for Civil Forfeiture *in Rem*, by and through counsel, files this Answer to the Verified Complaint for Forfeiture *in Rem*, and states as follows:

## NATURE OF ACTION AND THE DEFENDANT *IN REM*

1.      Answering ¶ 1, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

2.      Answering ¶ 2, Claimant denies each and every allegation contained in said paragraph.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph.

3.      Answering ¶ 3, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph.

## JURISDICTION AND VENUE

4.      Answering ¶ 4, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

5.      Answering ¶ 5, Claimant denies that venue is proper in the District of Columbia.

## FACTS GIVING RISE TO FORFEITURE

**I.    DEFINITION OF TERMS**

**A.  Bitcoin**

6.      Answering ¶ 6, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

7.      Answering ¶ 7, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

8.      Answering ¶ 8, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

9.      Answering ¶ 9, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

**B.  Blockchain Analysis**

10.     Answering ¶ 10, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

11.     Answering ¶ 11, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

12.      Answering ¶ 12, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

**C.  Money Service Business**

13.      Answering ¶ 13, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

14.      Answering ¶ 14, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

15.      Answering ¶ 15, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

7.[1]  Answering ¶ 7, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

16.      Answering ¶ 16, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

17.      Answering ¶ 17, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

18.      Answering ¶ 18, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

**II.    CURRENT INVESTIGATION OF TERRORIST FUNDING**

**A.  Designation of Hamas and the al-Qassam Brigades**

19.      Answering ¶ 19, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

---

[1] This is intentionally numbered Item No. 7 based on what appears to be a typographical error in the Verified Complaint.  *See* ECF No. 1 at 7.

20.     Answering ¶ 20, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

21.     Answering ¶ 21, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

**B.  Terrorist Fundraising Campaign**

22.     Answering ¶ 22, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

a.  STAGE ONE

23.     Answering ¶ 23, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

24.     Answering ¶ 24, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

25.     Answering ¶ 25, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further,

Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

26.     Answering ¶ 26, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

27.     Answering ¶ 27, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

28.     Answering ¶ 28, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

29.     Answering ¶ 29, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

30.     Answering ¶ 30, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

b.  <u>STAGE TWO</u>

31.     Answering ¶ 31, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

32.     Answering ¶ 32, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

33.     Answering ¶ 33, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

34.     Answering ¶ 34, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

c.  <u>STAGE THREE</u>

35.     Answering ¶ 35, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

36.     Answering ¶ 36, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used

for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

37.     Answering ¶ 37, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

38.     Answering ¶ 38, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

39.     Answering ¶ 39, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

40.     Answering ¶ 40, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said

paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

41.     Answering ¶ 41, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

42.     Answering ¶ 42, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

43.     Answering ¶ 43, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

44.     Answering ¶ 44, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used

for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

45.     Answering ¶ 45, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

## III.   INFRASTRUCTURE OF THE AL-QASSAM BRIGADES' WEBSITES

46.     Answering ¶ 46, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

47.     See subparts below:

a.      Answering ¶ 47(a), Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

b.      Answering ¶ 47(b), Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

c.      Answering ¶ 47(c), Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

d.      Answering ¶ 47(d), Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

## IV.   ACCOUNTS OF DONORS TO THE FUNDRAISING CAMPAIGN

48.     Answering ¶ 48, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used

for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

   a. **Virtual Currency Exchange 1:**

   49.     Answering ¶ 49, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

   50.     Answering ¶ 50, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

   51.     Answering ¶ 51, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

   52.     Answering ¶ 52, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used

for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

### b. **Virtual Currency Exchange 2:**

53.     Answering ¶ 53, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

54.     Answering ¶ 54, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

55.     Answering ¶ 55, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

56.     Answering ¶ 56, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

57.     Answering ¶ 57, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

58.     Answering ¶ 58, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further,

Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

59.     Answering ¶ 59, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

60.     Answering ¶ 60, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

61.     Answering ¶ 61, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

62.     Answering ¶ 62, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

63.     Answering ¶ 63, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

64.     Answering ¶ 64, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

65.     Answering ¶ 65, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

66.     Answering ¶ 66, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

67.     Answering ¶ 67, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

68.     Answering ¶ 68, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

69.     Answering ¶ 69, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

70.     Answering ¶ 70, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further,

Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

  c. **<u>Virtual Currency Exchange 3:</u>**

  71. Answering ¶ 71, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

  72. Answering ¶ 72, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

  d. **<u>Virtual Currency Exchange 4:</u>**

  73. Answering ¶ 73, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

  74. Answering ¶ 74, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

### e.   **Virtual Currency Exchange 5:**

75.      Answering ¶ 75, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

76.      Answering ¶ 76, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

### f.   **Virtual Currency Exchange 6:**

77.      Answering ¶ 77, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

78.      Answering ¶ 78, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

### g.   **Virtual Currency Exchange 7:**

79.      Answering ¶ 79, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

80.      Answering ¶ 80, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

h. **Virtual Currency Exchange 8:**

81.     Answering ¶ 81, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

82.     Answering ¶ 82, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

83.     Answering ¶ 83, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

i. **Virtual Currency Exchange 9:**

84.     Answering ¶ 84, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

85.     Answering ¶ 85, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

86.     Answering ¶ 86, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

87.     Answering ¶ 87, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

88.     Answering ¶ 88, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

j.   **Virtual Currency Exchange 10:**

89.     Answering ¶ 89, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

90.     Answering ¶ 90, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

91.     Answering ¶ 91, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

92.     Answering ¶ 92, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

k.   **Virtual Currency Exchange 11:**

93.     Answering ¶ 93, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

94.     Answering ¶ 94, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

## V.     UNLICENSED MONEY SERVICE BUSINESS LINKED TO THE AL-QASSAM BRIGADES' FUNDRAISING SCHEME

95.     Answering ¶ 95, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

96.     Answering ¶ 96, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Further, Claimant has no knowledge of any effort to provide funds to any organization mentioned in said paragraph, has no knowledge that any transactions involving Defendant Property 180 were used for that purpose, and has made no claim regarding any Defendant Property mentioned in said paragraph.

97.     Answering ¶ 97, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

98.     Answering ¶ 98, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

99.     Answering ¶ 99, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.  Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

100.     Answering ¶ 100, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations. Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

101.     Answering ¶ 101, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations. Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

102.     Answering ¶ 102, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations. Claimant has made no claim regarding any Defendant Property mentioned in said paragraph.

103.     Answering ¶ 103, Claimant lacks sufficient knowledge or information regarding the allegations that "nearly half of Akti's cryptocurrency was redeposited into" Defendant Property 180; Claimant admits the remaining allegations in said paragraph.

104.     Answering ¶ 104, Claimant admits the allegations in said paragraph.

105.     Answering ¶ 105, Claimant admits all allegations in said paragraph except that he denies the allegation that "the Defendant Property 180 relied on the U.S. financial system to operate this exchange business, without the requisite FinCEN registration."

106.     Answering ¶ 106, Claimant admits all allegations in said paragraph.

107.     Answering ¶ 107, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

108.     Answering ¶ 108, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

109.     Answering ¶ 109, Claimant lacks sufficient knowledge or information to enable him to answer these allegations, and basing his denial on that ground, denies said allegations.

## COUNT ONE - FORFEITURE

110.    See above responses.

111.    Answering ¶ 111, Claimant lacks sufficient knowledge or information to enable him to answer these allegations.

112.    Answering ¶ 112, Claimant denies each and every allegation contained in said paragraph.

113.    Answering ¶ 113, Claimant denies each and every allegation contained in said paragraph.

## COUNT TWO - FORFEITURE

114.    See above responses.

115.    Answering ¶ 115, Claimant denies each and every allegation contained in said paragraph.

116.    Answering ¶ 116, Claimant denies each and every allegation contained in said paragraph.

117.    Answering ¶ 117, Claimant denies each and every allegation contained in said paragraph.

## AFFIRMATIVE DEFENSES

Claimant asserts the following affirmative defenses:

### *Excessive Fines*

118.    The forfeiture sought by the government violates the Eighth Amendment's Excessive Fines Clause as Claimant was not aware that Defendant Property 180 could be subject to forfeiture in the United States.  Claimant lacked the *mens rea* to commit any federal offense and was unaware that any transaction in Defendant Property 180 was designed to promote the

carrying on of specified unlawful activity, represented to be the proceeds of  specified unlawful activity, intended to conceal or disguise the location, source, ownership, or control of specified unlawful activity, or engaged in to avoid a transaction reporting requirement under state or federal law.  *See* 18 U.S.C. § 1956(a), cited as the basis for forfeiture in the Warrant for Forfeiture *in Rem*.  Forfeiture of Claimant's entire savings contained in Defendant Property 180 is excessive under *Von Hofe v. United States*, 492 F.3d 175, 186 (2d Cir. 2007), because: (1) Claimant was reasonably without knowledge of the legal jeopardy he faced by maintaining a Bitfinex account; (2) seizure of the entirety of Defendant Property 180 far exceeds the value of any transactions the government could allege were tainted by unlawful conduct or any proceeds of unlawful activity; and (3) seizure of the entirety of the funds in Defendant Property 180 reaches many transactions that the government does not allege were unlawful or proceeds of unlawful activity.

*Innocent Owner*

119.    Claimant is an "innocent owner" of Defendant Property 180 such that Claimant's interest is exempt from forfeiture under 18 U.S.C. § 983(d).

WHEREFORE, Claimant Husamettin Karatas prays for judgment as follows:

1.      That Plaintiff's action be dismissed and plaintiff take nothing by way of its Complaint for Forfeiture *in Rem*;

2.      That the defendant property and currency be released to Claimant free of warrants of arrest, lis pendens, or other encumbrance of the United States or its agents;

3.      That answering Claimant receive a jury trial;

4.      That answering Claimant recover his attorneys' fees, expenses, and court costs; and

5.     For such other relief as the Court deems just and proper.

December 28, 2020                    Respectfully submitted,


                                    /s/ James W. Cooper
                                    James W. Cooper (DC Bar # 421169)
                                    Preston Smith (DC Bar # 1002179)
                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                    601 Massachusetts Ave., N.W.
                                    Washington, D.C.  20001-3743
                                    Telephone:  +1 202.942.5000
                                    Facsimile:  +1 202.942.5999
                                    E-mail:  james.w.cooper@arnoldporter.com
                                    E-mail:  preston.smith@arnoldporter.com


                                    *Counsel for Claimant Husamettin Karatas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 28, 2020, with the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

<div style="margin-left: 40%;">

/s/ James W. Cooper
James W. Cooper (DC Bar # 421169)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
E-mail:  James.W.Cooper@arnoldporter.com

*Counsel for Claimant Husamettin Karatas*

</div>