# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS,**<br><br>*Defendants.* | No.: 20-2227 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's January 15, 2021 Minute Order, the parties respectfully provide the following proposed schedule:

1. The Government will file a motion to dismiss or a motion to stay the proceedings by March 19, 2021.

2. The claimant will file any opposition on or before April 2, 2021.

3. The Government will file any reply on or before April 9, 2021.

4. The Court will hold a hearing on the Government's motion on April 16, 2021 or any subsequent day convenient to the Court.

5. If the Court denies the Government's motion, the parties will thereafter confer again and submit a proposed schedule for discovery and other motions.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
D.C. Bar Number 437437

/s/Jessi Camille Brooks

1

JESSI CAMILLE BROOKS
California Bar No. 283055
Assistant United States Attorney
555 4th Street, N.W., Eleventh Floor
Washington, D.C. 20530
(202) 252-7745
Jessica.Brooks@usdoj.gov

DANIELLE ROSBOROUGH
D.C. Bar No. 1016234
Assistant United States Attorney
National Security Division

*Counsel for Plaintiff*

/s/ James W. Cooper
James W. Cooper (DC Bar # 421169)
Preston Smith (DC Bar # 1002179)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
E-mail:  james.w.cooper@arnoldporter.com
E-mail:  preston.smith@arnoldporter.com

*Counsel for Claimant Husamettin Karatas*