UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.

**FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, ONE HUNDRED TWENTY-SEVEN VIRTUAL CURRENCY PROPERTIES, FIVE ACCOUNTS HELD AT FINANCIAL INSTITUTION 1, THE ALQASSAM.NET DOMAIN, THE ALQASSAM.PS DOMAIN, -and- THE QASSAM.PS DOMAIN**

    **Defendants.**

Civil Action No. 20-cv-2227

## VERIFIED CLAIM OF SHARON WEINSTOCK, MOSHE WEINSTOCK, GEULA WEINSTOCK, ARYEH WEINSTOCK, CHAIM MISHAEL WEINSTOCK, ESTATE OF YITZCHAK WEINSTOCK, ESTATE OF DOV WEINSTOCK, ESTATE OF SIMON DOLGIN, AND ESTATE OF SHIRLEY DOLGIN

Pursuant to Rule G(5)(a) of the Federal Rules of Civil Procedures, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, United States citizens Sharon Weinstock[1], Moshe Weinstock[2], Geula Weinstock[3], Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin (collectively, the "Weinstocks"), by and through their counsel, file this verified claim and assert their interest in any and all of the defendant properties that the United States seeks to forfeit in this action (the "Defendant Properties").

---

[1] Sharon Weinstock claims individually, as legal guardian of her daughter, Geula Weinstock, and as personal representative of the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin, and Shirely Dolgin.

[2] Moshe Weinstock claims individually, as legal guardian of his sister, Geula Weinstock, and as personal representative of the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin, and Shirely Dolgin.

[3] Geula Weinstock's claim is being pursued on her behalf by her legal guardians, Sharon Weinstock and Moshe Weinstock.

On December 17, 2020, the government posted a Notice of Forfeiture Action ("Notice") online. The Defendant Properties are identified in the Notice attached hereto as Exhibit A and in the Complaint (ECF No. 1). The list of Defendant Properties in the Notice of Forfeiture Action and Complaint is incorporated by reference herein.

On May 17, 2019, the Weinstocks obtained a final judgment in the District Court for the Southern District of Florida against Hamas under the Antiterrorism Act, 18 U.S.C. § 2333. See Final Judgment attached hereto as Exhibit B. The judgment was based upon the murder of a 19-year-old American citizen, Yitzchak Weinstock, in a terrorist shooting attack carried out by the military wing of the Hamas terrorist organization -- the so-called "Al-Qassam Brigades." *See Weinstock v. Islamic Republic of Iran, et al.*, 2019 WL 1993778, (S.D. Fla. May 6, 2019). The total amount of the judgment (after trebling) is $78,873,000. *See id*.; *See also*, Final Judgment, Exhibit B.

Despite receiving all required notices and service, Hamas never entered an appearance in or defended against the civil action against it. Hence, the Weinstocks are left to attempt to chase down the assets of Hamas to recover what they can for the murder of Yitzchak Weinstock. The judgment remains wholly unsatisfied.

Accordingly, the Weinstocks respectfully claim a right, title and interest to the Defendant Properties.

Dated: February 16, 2021          Respectfully submitted,

                                                By: /s/ Asher Perlin
                                                Asher Perlin
                                                LAW OFFICE OF ASHER PERLIN
                                                Bar I.D. FL0006
                                                4600 Sheridan Street, Suite 303
                                                Hollywood, Florida 33021
                                                786-233-7164
                                                asher@asherpelin.com
                                                Counsel for the Weinstock Claimants

## VERIFICATION

We declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 13, 2021

*Sharon B. Weinstock*
Sharon B. Weinstock, individually, as guardian of Geula Weinstock, and as personal representative of the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin, and Shirley Dolgin

*Moshe Weinstock*
Moshe Y. Weinstock, individually, as guardian of Geula Weinstock, and as personal representative of the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin, and Shirley Dolgin

*Aryeh Weinstock*
Aryeh T. Weinstock

*Mishael Weinstock*
Chaim Mishael Weinstock

3