# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
## COURT CASE NUMBER: 1:20-CV-02227; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

1.) One Hundred Twenty-seven Virtual Currency Properties (20-ICE-001143) which were seized on or about July 08, 2020

17QAWGVpFV4gZ25NQug46e5mBho4uDP6MD
1KDFQFnFfy9gJgXF18U3vpfeJQAeixPp1K
1HQhQfFPesW8znZdsdizHnA8ggvtc6NJ4k
1AW9z69zW2Wpg5i2gFs9YzkvZLjzDNx5VG
14EwXyqiB3yVLDJ1zVNevvEDpyyhBdnzjk
14S3GUHsqSY2am6yCPqEhb72sECUUbnRtE
14dRMzjmatz7zkc7iRYaitMvw4YPxXJYHf
1JJQceg2YZuCsJxUvAAVwU2YH4wDwxQoy6
1EQFWyM1gTus8cnuwHQErnaED3um1py2pF
19ncZQTCBfvfW5bsM7v3Pe7t6nzu4GZy4r
31hnjnw7Xe8e183u2qffHt4qpLFLfergmF
31idyYGpkmev8S1Kve8TvHExYdFeDM2saV
31iUH4sRXJt9F8MnnpVY1HAxUZ1qZQ4Z7x
31iZbakXU1arYMMyiCgceipKjUxCF19N5j
31jbxdhDYxkB6ULhsk7VMLsNB3KQgTREUZ
31k6eLZLTP1adv7EqZNkbnd8Jm1oHnULuP
31mnD8FtBVyHh6CCFsUwiTFHuu6RMTCjcR
31mUJqpqH8HLsGaxMdARTgdPHkbWbq2yuQ
31n5MTyfWEFFm7pXf7e9Qt2i5Ec8jKA1py
31nob3VbXpByQZBuvHdFF1vcwjBoSd1xJF
31o5C1u66MjVZMrcJHzHYuQFk9XuDUznqX
31osZ4w7nPC2wbezG3fhu7fraUNBeEfdyA
31ot27eWxmxbQtVWmpiSyuakJNKqwc4uSZ
31otG9J9PWZ5GuUaAFVwuzP5nrAX6sVNh8
31p9vft5AqYgt7uPxTXCis97zHE2E8RkTG
31pmPV1XpevjEUzPtmr5sDXm8s4YzTyaS2
31pWw13YTX5h9EY6T5hjcRDT4bDF6cQMXR
31pYNazDxCwnhAyVCNqpELTE66qi4KcEA5
31qeJQa6Y6LL74HDBe5ZkuE7GxfMvUAh7t
31qk3S4hqj5KfedbVo45nFdvrXQ6TnYtY2
31qMgW6GideWcAHTdYf4GN3UEKEzVTP6jb
31qv732ydN8kbUyLYbv5QBNDyHRbRqL5wo
31rbKDq1pwA1GLHwa82cySVrkTo1R6htMK

```
31rhvmw3BPW9bYXvV6RJ4ZuwgUP2QbN6Wp
31rQoLSQkVa2SQhgRByhrM5e69KaKPntpp
31rZQb9DM2Fz5Yqi47UTsZ3FttETRAvbeu
31s1NZm8S16JsedBDJcSX815ikhNCkro28
31spTrrz7g2nCtf7JPVFrsAwiQi6SGJygU
31tKBTcV4bWYLEXzSwByPuJWmEnWkNUXNs
32LjBurh7tKVpxmhhEhfPUnKYzV7jxzane
33mskKAPj8RVaFcSaCDtWtpCQYNCp4dFLw
344Aycb4ZzEZXEF26qgbGrfYjFEqMJbN6F
38vt9RRxHJboCyFbTieWT1sFKxbacKeBgg
3AHkpUF4zgvxVxRPKNrTQyo4NrZ1PH8x5Z
3CafimPzKw8ZhXQyQjojD2GDNpwsaQb12J
3DTLocTRA6s4LyZGnSN5g4aRfLd8FVaxHh
3Ea4umPPeQGELifMTXWmkJAZCzijBuYtVm
3EaD7SfNXda1LujuB1fyi8mzuA1qmrsUAq
3EaGnTmpjGYRSV2KAkrgP6zg2uhPHAw15o
3EaKhQrXE2oZ6b74H7ML2SipNU7cdXhqDz
3EaPVCEnRRWZ96qJR8p6JgvgeTmGshvZRy
3EbyqWHMMzE96mMmB6bASnXsaGinwq7now
3EciaU3UgTycJvmD2KC4YG4NBoh6fqpZFU
3EcQ7XQXQiSS27LgV3hrvsXFntN7GxAxzf
3EdXMhAWLKg7PJfLbEKRCMm8Ldm6dsZDzT
3EeAr4pt2n9wjeFWY5XXTK1AGcmfTLG2hB
3Eein3xzdKxrvKQQJp5Y5H8cbqrhoEKW1N
3EekremuSe1bnR43w9nZMG2W7YMkbvgPEa
3EemNUbRZoov3jp38BZuAJhSXxnSKQRN9F
3EeNxvKupEyozjPEvoccaZBQN2TVTgndgP
3EeqkFMzUEPMpB4PZeDe1yHBmLVSiQ6QdX
3EeyeaD1YXwrkQGeYgo7QsoJi9tL9CZrxw
3EfH1Jk9JBqu6cHqXWUysRiM16HS5bjeK6
3EfKyF6eCRVTmvoMXPk8jUgDWfMXXAhhVq
3EfUV43ULkkxsezDDbfnh9acBWhCNXQw3p
3EfYuiuGvoU6quCSD7RNHBQAngqkfjtu75
3EfzSMeN4ds6HXTWP4FZeVZynJTSvvtUgN
3EgLDToL4NS51KC7LzY8rw6CsLeaoUVzzz
3Egn1PtQuctJViaK5E9gn2BYUZ9vkoyhQY
3Egrrh9KgqYYnwoTic2mGrNNqUg7H2xMzt
3EguPmkenPJa5ezKgRi41nnnz7JwUvexfy
3EWxNDQg52QH7ZXrAfxU22T5XyKCtxUG8Q
3EX4bu9vjudVXnFEXJq7pRW7qboPLPcCpU
3EX9MLM6pTK6nvajFj4woTx2nT7NXBXrLZ
3EXBCqAR9jW2XJsGK6pAifLhZrg76vDJxF
3EXUxdgs5JjmBTvhpCCtyYXveHXW9Ykxmc
3EXzujBDN5cVDeRgysMpQjyK8AZ3eZ7m5L
3EY8Ln5c51jwY4x7pKroCETEAK6Ch4EDVu
3EYc9agtyf5xjdX6gjXNXQVvxUb3UNtTzc
3EYwWQxei7iFczcr99LcJAa5pFtFdyQrYX
```

```
3EZ6VeppfgZc3bGuefA7V5g17i9BnnNVWD
3EZetpgN7K5jow7sv9dKQZ2tL6JfNJU4Hy
3EZf21ULWjqpLDtzJU1qbfqxgHqaPDpdUD
3EZfMVxWBNBUm23HUvvaQXcET3WbkR34oS
3EZG4CNSAiDchj5mU5NehxtqVZgJqj3tuN
3EZQYLt6XAaWgwqm6PUHAKPGcfNtt3oY6T
3EZvc5LA6WjchP7VWY3BohXZ6u73xo3WcE
3EZx1DuWqwuRhErsoZJva2ibp8FUuYjBvC
3Fq8LkKoJU61MVqL7HJiPR3ecEpxEmqKkU
3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR
3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR
3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ
3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ
3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW
3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW
3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev
3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev
3Fr9hEMfYCnRoNyd9wEBJPMVgSEgVRxFXT
3FraSMiSHqntVAxiAiaPaD2z2K1YMvmSu9
3Freatgh7mpUhSjvrzUvDR4kR23ERYu3Gz
3FrfgNJ6cMoLt4DvSokLRWJYhs3iR58uG6
3FrGKydHtTg1mgrwzaBdCF2TLq6dne7sQW
3FrgLnW4DQWJQXkaHQm1rvH4GFk7MPpRzy
3Frh4A8Tecb1YFsf9T64TCvE6XCqv17Mse
3FricPpCwRFkL7zvYBKNEYMGUQp5F7Qj47
3FrP22X7MGdQZX66FHDPsrMvGoxFzFxxSD
3FrPk5dAyqSpvs1bM43hRFHwHVmnosHw3B
3FrRV3hZKuBJmd9oEHuwPbq4Dq1f49yzus
3FrS1Vm2Vha1JrMTrGiyCxpwjvEx27cfS8
3FrSvZWjvDSGrRDPG6fdwEEEsUkrY65ZU7
3FrTayH9wkCnNkTTkfuqx7SVQQzzCQd5Cp
3FrUtZ3dXoGNDWejDbXanYEfZR56JyiLsT
3FrVsAxKhtau1kcjVY8iXQNo2i1uZD6orS
3FrZphLBUTm9aTiXhnZTA3piVJ4oTxjpBU
3FtDtZdVMY53Jjk8fCPxydXb633jFdj3wo
3FtHfUNd2zgSY8FNW4Aq2f88wwSYiyVacg
3Ftpn5gXf79Zurdf7PYGfQZiipgVqEiUkg
3FvrNAv5KaEWVA7o8JJKFqeCfCP28JqRDt
3FvV3xyheg6BWAjX8Yy6dcENRfmhMnAZ6a
3Fw3NTwtmk8zQuwg6s2FPniXWPKirfqAgP
3FWSkG5NmyXF3rqMav7piXiJUDYzKpgFRT
3JaDQWNPyysYRcNNQxgkwSUpApXvn3XkBW
3La8eKaybxVeBLDxGNSyydVRoX9ZxjrDCW
3LhP8JYJ77cj2eVXBasY92Z6omTyRbUdbh
3Ngo99WAQieMEJGf5WJz2ycH1reFkjd6yg
3QGyLXfEdN1iPt21toAf4qhM4zQ8zsDMMy
3Qms9Dk4ViL2LNfup8J5fYLXYCWsXj43Qa
```

2.)     The ALQASSAM.NET Domain (20-ICE-001144) which was seized on or about July 08, 2020

3.)     The ALQASSAM.PS Domain (20-ICE-001145) which was seized on or about July 08, 2020

4.)     The QASSAM.PS Domain (20-ICE-001146) which was seized on or about July 08, 2020

5.)     Account ending in 40816 held at Financial Institution 1 (20-ICE-001147) which was seized on or about July 08, 2020

6.)     Account ending in 17365 held at Financial Institution 1 (20-ICE-001148) which was seized on or about July 08, 2020

7.)     Account ending in 01709 held at Financial Institution 1 (20-ICE-001150) which was seized on or about July 08, 2020

8.)     Account ending in 08539 held at Financial Institution 1 (20-ICE-001151) which was seized on or about July 08, 2020

9.)     Account ending in 52104 held at Financial Institution 1 (20-ICE-001152) which was seized on or about July 08, 2020

10.)    Virtual Currency Accounts held at Virtual Currency Exchange 1 (20-ICE-001153) which were seized on or about July 08, 2020

```
3PajPWymUexhewHPczmLQ8CMYatKAGNj3y
3LrjAKNfnyX2BGmor6ZNxvZutM1Q3KEejZ
1HrPF5CPqJiWbkroxheU5LcHL7bZNDi76v
17cZ7CBhSPHn2gDkfNgrwNmHFDDHX7zC6q
1J6665h8Njpva6crm1VSFwW8BToNFxaPxz
1GeLggwn8GqtTW6CYFUwerybHkzcNqPqaX
1Jp1Kwn43qzHWt7bGMdgZS9ZPbTi7rK9AY
1MgudcZEMXpB8uXUswuGHgDBTNmUZ8ZkZD
1PmAgUZXVvKMRcS37Hu2XVqdkovKG8ZPTk
1FUgt1eY69Ric3oaqtNK1xUex7dqph1eEv
3HB3GQhNxjfvPYKBYfUZwUVpSatqE8tHBb
3QqerQBe5duLc9YwqvKvDPAc3TJZxcfrsw
3E8yaNXEKQnnFMvnyyrwxaM9DaqNxHpFzP
3FeZrRq9nisxeR4RxBdj4DnhJSsABtGBAC
119Yw1qsUihJmBu68gcqgN36CrGy92d4aNX
32sVYnjTbnULtPKT8wuSNc7mzdwyuDDuAr
```

11.)    Virtual Currency Accounts held at Virtual Currency Exchange 2 (20-ICE-001154) which were seized on or about July 08, 2020

```
13gGNrqWGPN5XxYNnceWEgGykuHuaFhPFM
1LuGcrfVyQ8KK1QuQysZcgoRtg7nuU55DH
```

User ID: 35764207
1DjYVV19zAuJPcXjn44is2CsAn4sW4it5W
15WrJ9vkvw46HGaD9PKpDLkGD6MCX8CEVR
14sXBGZZzeunJuyyA1fJY4tKyC5RM7WYTP
1LGcSmCwR2eMurxgwLeJtV9iRoLHCVNv3G
1Fyyfqjo4pvxwv6yqW5FrzrNspsYrX6ErX
User ID: 20920319
1P49duqmF5PwRSEpmL13F9QS8y3jVe4zjW
1BU8uxGuoFeATAey8XG91Q6Ux23tTTeYyx
1DPuLoyzjjTsbGFNcWFu7eK52uYg1qFHtr
User ID: 22237397
1XD6XifgGCsvcGBUzXqpNNnvC5j3y8gey
133sCL2aCviV8N1TLngFGco7CDhHDmwChR
1A55bZqCNtFgASJHG4FxTNiAsU3jTt7DVo
1B7etAU8bG848QNXJjpe9XH9a1WrcWFm2Q

12.)   Virtual Currency Account held at Virtual Currency Exchange 3 (20-ICE-001155) which was seized on or about July 08, 2020

34vKeiCwwu5guBZhr4J8RbnKTus8q1j7Sa

13.)   Virtual Currency Accounts held at Virtual Currency Exchange 4 (20-ICE-001156) which were seized on or about July 08, 2020

3A2KA243cB17yFFWEcWqffTi3c9CAvq8Dh
3JXrtFWn7kaoz75bPqD23kPpMtKZiK3j2w

14.)   Virtual Currency Account held at Virtual Currency Exchange 5 (20-ICE-001157) which was seized on or about July 08, 2020

35Yn5sRoasPArcXhN3Uz2HANn34rYg7ihG

15.)   Virtual Currency Account held at Virtual Currency Exchange 6 (20-ICE-001158) which was seized on or about July 08, 2020

31mT7hQ7V6B58hfNVJchZTXP7gANpZjUjK

16.)   Virtual Currency Account held at Virtual Currency Exchange 7 (20-ICE-001159) which was seized on or about July 08, 2020

Account at Virtual Currency 7 identified by email address

17.)   Virtual Currency Accounts held at Virtual Currency Exchange 8 (20-ICE-001160) which were seized on or about July 08, 2020

3AwD6c5H2Hp6v73Md7Aon5n6HJU5YoBpDz  
373k2ZQFXVsCtqdFyzRj7zmtsz1aP9dWoZ

18.)   Virtual Currency Accounts held at Virtual Currency Exchange 9 (20-ICE-001161) which were seized on or about July 08, 2020

Account number: 11398678  
1GgELQKEcqn572mvHKtzPBrjZ9L3bpKiLi  
Account number: 11436806  
1Eg7YSoJiqUV7ERsDXiGKExtyJkkXR7NHr  
1JJrTJgxSNqEPDrRBogD7odjvCwuog9Cqb

19.)   Virtual Currency Accounts held at Virtual Currency Exchange 10 (20-ICE-001162) which were seized on or about July 08, 2020

Account number: 5806702  
Account number: 6971221  
3QRGcu41GN8cGYkp49xrv8VB7prLkokzLk

20.)   Virtual Currency Accounts held at Virtual Currency Exchange 11 (20-ICE-001163) which were seized on or about July 08, 2020

1Mduu84x4Wm7FWm5vgaNvtk3APhEw1661t  
1D9jDMKhss9vtmeRWeBA6tmts52JoQyezk

21.)   Virtual Currency Accounts held at Virtual Currency Exchange 12 (20-ICE-001164) which were seized on or about July 08, 2020

User ID: 931770  
User ID: 2319627

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (December 17, 2020) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 333 Constitution Ave., NW, Washington, DC  20001, and copies of each served upon Assistant United States Attorney Jessica Brooks, 555 4th Street, NW, Washington, DC  20530, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which

pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Jessica Brooks, 555 4th Street, NW, Washington, DC  20530.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.