UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>      Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>      Claimant,<br><br>  - and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>      Claimants. | Civil Action No. 20-2227 (RC) |

## **UNITED STATES' STATUS REPORT**

Pursuant to the Court's May 16, 2023, Order (ECF No. 43), the United States of America ("United States") respectfully submits this status report. The United States believes that the stay in this action is no longer wholly necessary. That is, the United States believes that initial dispositive motions practice in this action at this time will not adversely affect any parallel criminal matters.

To set the stage, presently, Husamettin Karatas ("Karatas") has filed a verified claim and answer in this action and, thus, has filed the initial papers required for a claimant under Supplemental Rule G(5) to the Federal Rules of Civil Procedure. ECF Nos. 5, 9. While Sharon Beth Weinstock and associated claimants (the "Weinstock Claimants") have filed a verified claim (ECF No. 11), they have not yet filed an answer required by Supplemental Rule G(5)(b) as the

Court has afforded them sixty days from the conclusion of the existing stay to file their answer. Min. Order of Nov. 18, 2021.

Counsel for the United States has begun to engage counsel for Karatas and the Weinstock Claimants on proposals for proceeding with initial dispositive motions. To allow the parties additional time to meet and confer in the hopes of formulating a joint proposal or reducing any areas of disagreement, the United States proposes that the Court continue the stay in this matter consistent with its discretion under Rule 6 for twenty-one days and direct the parties to submit a joint status report on or before December 4, 2023, with proposals for further proceedings in this action. A proposed order is enclosed herewith.

| | |
|---|---|
| Dated: November 13, 2023<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>By:  */s/ Brian P. Hudak*<br>BRIAN P. HUDAK<br>Chief, Civil Division<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2549<br><br>*Attorneys for the United States of America* |