UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>  Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>  Claimant,<br><br> - and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>  Claimants. | Civil Action No. 20-2227 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' status report, and the entire record herein, it is hereby

ORDERED that this action remains STAYED through December 4, 2023; and it is further

ORDERED that the parties to this action shall file a joint status report on or before December 4, 2023, with proposals for further proceedings in this action.

SO ORDERED:

_____        _____
Dated                           RUDOLPH CONTRERAS
                                United States District Judge