UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>        Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>        Claimant,<br><br>    - and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>        Claimants. | Civil Action No. 20-2227 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 14, 2023, Minute Order, Plaintiff the United States of America ("United States" or "Government") and Claimant Husamettin Karatas ("Karatas") jointly and respectfully submit this status report.[1]  As reported in the United States' status report of November 13, 2023 (ECF No. 48), the United States believes that the stay in this action is no

---

[1] While counsel for Claimants Sharon Beth Weinstock and associated claimants (the "Weinstock Claimants") in this action proposed the briefing schedule set forth herein to Karatas and the United States, Weinstock Claimants' counsel was unable to finalize his clients' approval of this status report due, in part, to the time difference with Israel, where his co-counsel resides, as Government counsel understands it.  Accordingly, this status report is being submitted solely on behalf of the United States and Karatas.

longer wholly necessary. That is, the United States believes that initial dispositive motions practice in this action at this time will not adversely affect any parallel criminal matters.

As background, presently, Karatas has filed a verified claim and answer in this action and, thus, has filed the initial papers required for a claimant under Supplemental Rule G(5) to the Federal Rules of Civil Procedure ("Rules"). ECF Nos. 5, 9. The Weinstock Claimants have filed a verified claim (ECF No. 11), they have not yet filed an answer required by Supplemental Rule G(5)(b) as the Court has afforded them sixty days from the conclusion of the existing stay to file their answer. Min. Order of Nov. 18, 2021.

Additionally, the Weinstock Claimants have indicated to the other parties that as part of answering, they intend to plead a counterclaim against the United States and a crossclaim against Karatas. The United States believes that the Weinstock Claimants lack standing in this matter, and thus, intend to move to strike their verified claim and answer. The United States and Karatas also believe that the Weinstock Claimants' intended counterclaim and crossclaim are procedurally and substantively improper and intend to seek to dispose of those claims through threshold motions.

Considering the foregoing, counsel for the parties have met and conferred and the United States and Karatas are amenable to the schedule proposed by the Weinstock Claimants in the parties' discussions to govern briefing on the Weinstock Claimants' upcoming answer. Specifically, the United States and Karatas propose the following schedule:

- Weinstock Claimants will file their answer, including any counterclaims and crossclaims, by February 1, 2024;

- the United States and Karatas will file any dispositive motions (e.g., motions to dismiss and strike) as to Weinstock Claimants' verified claim and answer (including any counterclaims and crossclaims) by March 4, 2024;

- the Weinstock Claimants will respond to any such dispositive motions by April 11, 2024; and

- the United States and Karatas will file any replies regarding their dispositive motions by May 2, 2024.

While the United States reserves its right to file an amended complaint as of right or otherwise after receiving the Weinstock Claimants' answer under Rule 15(a), the United States and Karatas otherwise agree that all other proceedings in this case should remained stayed pending the outcome of the events described above.

Counsel for the United States and Karatas understand, however, that the Weinstock Claimants wish to reserve their ability to seek discovery from Karatas before the above noted dispositive motions are decided. Karatas and the United States intend to object to opening discovery before dispositive motions are briefed and decided.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>By:  */s/ Brian P. Hudak*<br>    BRIAN P. HUDAK<br>    Chief, Civil Division<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-2549<br><br>*Attorneys for the United States of America* | KROPF MOSELEY, PLLC<br><br>By:  */s/ Andrea L. Moseley*<br>    ANDREA L. MOSELEY<br>    SARA E. KROPF<br>    1100 H Street, Suite 1220<br>    Washington, DC 20005<br>    (202) 549-0425<br>    andrea@kmlawfirm.com<br><br>*Attorneys for Husamettin Karatas* |

Dated:  December 4, 2023