UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>       Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>       Claimant,<br><br>  - and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>       Claimants. | Civil Action No. 20-2227 (RC) |

## **WEINSTOCK CLAIMANTS' NOTICE REGARDING THE THE GOVERNMENT'S STATUS REPORT**

The Weinstock Claimants (the "Weinstocks") file this preliminary response and supplement to the mis-labeled "Joint Status Report" preemptively filed by the government close to midnight last night.

Parts of the status report were ambiguous. Undersigned counsel has requested clarification from the government. When the Weinstocks receive the clarification, they will file a response informing the Court which parts of status report are agreed.

Due to the government's spin in the status report, the Weinstocks must state the reasons these issues were not resolved within the time frame ordered by the Court in its November 14, 2023 order.

On November 14, 2023 the Court entered an order directing the parties to file a joint status report on or before December 4, 2023. On November 19, 2023, and again on December 3, 2023, undersigned sent emails to the government with copies to counsel for Karatas attempting to advance the joint status report. The government did not timely respond to either of those emails. And the government did not circulate a draft joint status report until yesterday afternoon.

In its status report, the government attributes any delay in the Weinstock's joinder in the status report to undersigned counsel's inability to finalize my client's approval of the text of the draft status report. While I wrote to Mr. Hudak at 7:10 pm saying that I needed discuss the draft and the other parties' positions with the Weinstocks' Israeli counsel, I also wrote *in the same email* that, based upon certain positions assumed by the government and Karatas that were made known to us yesterday evening, the Weinstocks would likely have additional substantive revisions to include in the joint status report.

The parties inability to submit a "Joint Status Report" was not due to any delay by the Weinstocks. Rather as indicated above, it was due to the government's waiting until the eleventh hour to respond to our emails and to circulate a draft report. Additionally, as I stated to the government and Karatas, the Weinstocks did not join in the filing of the status report because they expected to make additional *substantive* revisions. These were issues that could have been resolved earlier had the government timely responded to my November 19 and December 3, 2023 emails.

Also, yesterday evening, I requested that the parties seek an extension of *one day* to file the joint status report. I wrote to the other parties that such a request would be similar to the three-week extension of time the government unilaterally sought on November 13, 2023. The

government and Karatas did not accept this proposal. Instead, they unilaterally filed the status report without the Weinstocks.

                Respectfully submitted,

                LAW OFFICE OF ASHER PERLIN

                By:     */s/ Asher Perlin*
                ASHER PERLIN
                4600 Sheridan Street, Suite 303
                Hollywood, FL 33021
                (786) 687-0404
                asher@asherperlin.com

                *Attorney for the Weinstock Claimants*

December 5, 2023