UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>    Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>    Claimant,<br><br>- and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>    Claimants. | Civil Action No. 20-2227 (RC) |

### WEINSTOCK CLAIMANTS' SECOND RESPONSE REGARDING THE THE GOVERNMENT'S STATUS REPORT

The Weinstock Claimants (the "Weinstocks") file this second response to the mis-labeled "Joint Status Report" filed by the government on December 4, 2023.

As discussed in the Weinstocks' filing yesterday, parts of the status report were ambiguous, and the Weinstocks requested clarification from the government. The Weinstocks received the clarification from the government yesterday evening. Specifically, although the government and Karatas indicated that they will oppose the Weinstocks' efforts to obtain discovery, the government has clarified to the undersigned that the government is not seeking to extend the stay under 18 U.S.C. § 981(g)(1).

2

Accordingly, the Weinstocks agree with the proposed briefing schedule presented in the status report.

Respectfully submitted,

LAW OFFICE OF ASHER PERLIN

By: _____/s/ Asher Perlin_____
ASHER PERLIN
4600 Sheridan Street, Suite 303
Hollywood, FL 33021
(786) 687-0404
asher@asherperlin.com

*Attorney for the Weinstock Claimants*

December 6, 2023