UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, ONE HUNDRED TWENTY-
SEVEN VIRTUAL CURRENCY PROPERTIES,
FIVE ACCOUNTS HELD AT FINANCIAL
INSTITUTION 1, THE ALQASSAM.NET
DOMAIN, THE ALQASSAM.PS DOMAIN,
-and- THE QASSAM.PS DOMAIN

       Defendants.

Civil Action No. 20-cv-2227

### WEINSTOCK CLAIMANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND ANY COUNTERCLAIM OR CROSSCLAIM

Pursuant to Local Rule 7, Claimants, Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin (collectively, the "Weinstocks"), respectfully move for a two-week extension of time within which to file their answer including any counterclaims and crossclaims. In support of this motion the Weinstocks state as follows:

1. On December 6, 2023, the Court entered a minute order setting a briefing schedule for the Weinstocks' answer and any counterclaims or crossclaims, for the government and claimant, Husamettin Karatas to file any dispositive motions, and for the parties to complete briefing of any such motions.

2. The Weinstocks are presently scheduled to file their answer and any counterclaims or crossclaims on or before February 1, 2024.

3. The attorney with primary responsibility for drafting these papers underwent unexpected surgery and is still recovering.

4. Meanwhile, the undersigned has been engaged in other litigation matters that have occupied much of my time, including (1) drafting an appellate brief in the United States Court of Appeals for the Tenth Circuit in *Werfel v. Palestine Liberation Organization*, No. 23-1286 (10th Cir.), which is due on January 29, 2024, and (2) drafting a response in opposition to a motion to dismiss in *Dzhurayeva v. Paryzer*, No. 23-cv-23420 (S.D. Fla.).

5. Counsel for the Weinstocks have worked as diligently as possible under the circumstances to meet the February 1, 2024 deadline set by the Court. However, it has become apparent that we will be unable to complete the Weinstocks' answer and any counterclaims or crossclaims under the current schedule.

6. Pursuant to Local Rule 7(m), on January 23, 2024, the Weinstocks contacted the government and Karatas to ask whether they consent to an extension of time to allow the Weinstocks to prepare their answer and any counterclaims or crossclaims.

7. On January 23, 2024, the government and Karatas responded by informing the Weinstocks that they consent to the requested two-week extension. However, the other parties requested that the Weinstocks seek two-week extensions for the other, related deadlines set out in the Court's December 6, 2023 minute order.

8. Accordingly, the Weinstocks request that the Court grant this unopposed motion for an extension of time and enter an order establishing a revised schedule as follows:

- The Weinstock Claimants shall file their answer, including any counterclaims and crossclaims on or before February 15, 2024.
- The United States and Karatas shall file any dispositive motions as to Weinstock Claimants' answer, including any counterclaims and crossclaims, on or before March 18, 2024.
- The Weinstock Claimants shall respond to any such dispositive motions on or before April 25, 2024.
- The United States and Karatas will file any replies regarding their dispositive motions by May 16, 2024.

**WHEREFORE**, for the reasons stated above, the Weinstocks respectfully request that the Court grant this unopposed motion.

Dated: January 24, 2024          Respectfully submitted,

By: /s/ Asher Perlin
Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherpelin.com
*Counsel for the Weinstock Claimants*