# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

Civil Action No. 20-cv-2227

v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, ONE HUNDRED TWENTY-SEVEN VIRTUAL CURRENCY PROPERTIES, FIVE ACCOUNTS HELD AT FINANCIAL INSTITUTION 1, THE ALQASSAM.NET DOMAIN, THE ALQASSAM.PS DOMAIN, -and- THE QASSAM.PS DOMAIN

    Defendants.

_____

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** came before the Court upon the Unopposed Motion for Extension of Time for the Weinstock Claimants to file their answer and any counterclaims or crossclaims.

It is hereby:

**ORDERED** and **ADJUDGED** that the Motion is granted. The following revised schedule shall govern further proceedings:

- The Weinstock Claimants shall file their answer, including any counterclaims and crossclaims on or before February 15, 2024.

- The United States and Karatas shall file any dispositive motions as to Weinstock Claimants' answer, including any counterclaims and crossclaims, on or before March 18, 2024.

- The Weinstock Claimants shall respond to any such dispositive motions on or before April 25, 2024.

- The United States and Karatas will file any replies regarding their dispositive motions by May 16, 2024.

**DONE** and **ORDERED** at Washington, D.C. __ day of November 2024.

_____
The Honorable Rudolph Contreras
United States District Judge