UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>    Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>    Claimant,<br><br>- and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>    Claimants. | Civil Action No. 20-2227 (RC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the United States' motion to strike the claim and answer filed by the Weinstock Claimants and to dismiss their counterclaim, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED;

ORDERED that the claim filed by the Weinstock Claimants (ECF No. 11) and their answer (ECF No. 53) is STRICKEN; and it is further

ORDERED that the Weinstock Claimants and any claims they bring in this suit are DISMISSED.

\* \* \*

- 2 -

SO ORDERED:

_____  _____
Dated                                                                                      RUDOLPH CONTRERAS
                                                                                                   United States District Judge