UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

       Defendants.

Civil Action No. 1:20-cv-02227-RC

**STATEMENT OF MATERIAL FACTS AS TO WHICH
THE WEINSTOCK CLAIMANTS CONTEND THERE IS NO GENUINE ISSUE**

    Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin contend that there is an insufficient factual basis to permit this Court to exercise personal jurisdiction, consistent with the Due Process Clause of the Fifth Amendment, over the *res* and/or the owners of the *res* that are the subjects of the United States' Verified Complaint for Forfeiture *in Rem*.

Dated: April 19, 2024

                  Respectfully submitted,

                  By: /s/ Asher Perlin
                  Asher Perlin
                  LAW OFFICE OF ASHER PERLIN
                  Bar I.D. FL0006
                  4600 Sheridan Street, Suite 303
                  Hollywood, Florida 33021
                  786-687-0404
                  [asher@asherperlin.com](mailto:asher@asherperlin.com)

                  Counsel for the Weinstock Claimants