UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

Civil Action No. 1:20-cv-02227-RC

---

**[Proposed]**
**ORDER**

For the reasons set forth in the Motion for Summary Judgment filed by Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin, it is hereby **ORDERED**, pursuant to Fed. R. Civ. P. 56, that summary judgment shall be and hereby is entered dismissing the United States' Verified Complaint for Forfeiture *in Rem*, for lack of jurisdiction over the *res* and lack of personal jurisdiction over the owners of the *res*.

Dated:

                                                                        _____
                                                                        United States District Judge