UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

          Defendants.

_____

Civil Action No. 1:20-cv-02227-RC

### THE WEINSTOCK CLAIMANTS' CONSENT MOTION
### FOR A ONE WEEK ENLARGMENT

    Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin (the "Weinstock Claimants") hereby respectfully move to extend their time to oppose the motions to strike and dismiss filed by the Government and by Husamettin Karatas ("Karatas"), until May 2, 2024, and to extend the time for the Government and Karatas to file their replies in support of their motions until May 23, 2024.

    Pursuant to Local Civil Rule 7(m), undersigned counsel for the Weinstock Claimants states that counsel for the Government and for Karatas have informed him that they consent to this motion. In support of this motion the Weinstock Claimants state as follows:

    1)    On January 24, 2024, the Court entered a scheduling order providing that the Government and Karatas file any dispositive motions as to the Weinstock Claimants' answer, including any counterclaims and crossclaims, by March 18, 2024, that the Weinstock Claimants

respond to any such dispositive motions by April 25, 2024, and that the Government and Karatas file their replies in support of their motions by May 16, 2024.

2) The Government and Karatas filed their dispositive motions on March 18, 2024. (DE 55-56).

3) Due to a recent illness, counsel for the Weinstock Claimants requires a one-week extension of time, until May 2, 2024, to finalize the opposition to the dispositive motions.

4) Out of fairness, and to maintain the respective deadlines established in the Court's scheduling order of January 24, 2024, the Government and Karatas should receive a corresponding one-week enlargement of time, until May 23, 2024, to file their reply briefs.

WHEREFORE, the instant motion should be granted.

Dated: April 25, 2024               Respectfully submitted,

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

Counsel for the Weinstock Claimants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on April 25, 2024, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

Counsel for the Weinstock Claimants

3