UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

        Defendants.

_____

Civil Action No. 1:20-cv-02227-RC

[Proposed]
**ORDER**

It is hereby **ORDERED** that

1)  Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin shall file their response to the motions to strike and dismiss filed by the Government and by Husamettin Karatas ("Karatas") by May 2, 2024; and

2)  The Government and Karatas shall file their replies in support of their motions by May 23, 2024.

**SO ORDERED**

Dated:

_____
United States District Judge