UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>Claimant,<br><br>- and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>Claimants. | Civil Action No. 20-2227 (RC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the United States' consent motion to stay and to set schedule, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED;

ORDERED that all briefing deadlines on all pending motions and all discovery are STAYED pending further order of the Court; and it is further

ORDERED that the following schedule shall govern briefing on the United States' anticipate motion for leave to amend: (i) the United States shall file its motion for leave to amend the complaint on or before May 24, 2024; (ii) any opposition to that motion shall be filed on or before June 14, 2024; and (iii) the United States shall have through and including June 28, 2024, to file any reply.

- 2 -

SO ORDERED:

_____
Dated

_____
RUDOLPH CONTRERAS
United States District Judge