GOVERNMENT
EXHIBIT

A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, et al.,

        Defendants in rem,

HUSAMETTIN KARATAS,

        Claimant,

   - and -

SHARON BETH WEINSTOCK, et al.,

        Claimants.

Civil Action No. 20-2227 (RC)

## UNITED STATES' AMENDED VERIFIED COMPLAINT
## FOR FORFEITURE *IN REM*

COMES NOW, Plaintiff the United States of America, by and through the United States

Attorney for the District of Columbia, and brings this Verified Complaint for Forfeiture *In Rem*

against the defendant properties, namely: fifty-two virtual currency accounts (**Defendant**

**Properties 1, 2, 3, 131** through **179**), one hundred and twenty-seven virtual currency properties

(**Defendant Properties 4** through **130)**, five accounts held at Financial Institution 1 (**Defendant**

**Properties 181** through **185**), the alqassam.net domain (**Defendant Property 186**), the

alqassam.ps domain (**Defendant Property 187**), and the qassam.ps domain (**Defendant**

**Property 188**) collectively the "**Defendant Properties**", which are listed in Attachment A.  The

United States alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## NATURE OF ACTION AND THE DEFENDANTS *IN REM*

1.      This *in rem* forfeiture action arises out of an investigation by the Internal Revenue Service – Criminal Investigation's Cyber Crimes Unit ("IRS-CI"), Homeland Security Investigations ("HSI"), and Federal Bureau of Investigation ("FBI") into online fundraising activities conducted by Hamas's military wing, the al-Qassam Brigades.  The fundraising was facilitated, in part, through the use of social media and the organization's three official websites, **Defendant Property 186, Defendant Property 187,** and **Defendant Property 188** (collectively the "al-Qassam Brigades' Websites").

2.      The owners of the Defendant Properties, as well as the users and administrators of the al-Qassam Brigades' Websites, knowingly and willfully conspired with others, and acted individually, to commit the following violations: laundering monetary instruments, in violation of 18 U.S.C § 1956(a)(2), and providing material support or resources to a designated foreign terrorist organization, namely Hamas, in violation of 18 U.S.C § 2339B.  As such, the Defendant Properties are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A), as property involved in, or traceable to, a financial transaction in violation of 18 U.S.C. § 1956.

3.      The Defendant Properties are also subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(G)(i), as all assets, foreign or domestic, or sources of influence, of Hamas, which is a designated foreign terrorist organization, engaged in planning or perpetrating any federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and as assets affording any person a source of influence over any such entity or organization.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355. These statutes confer original jurisdiction to district courts of all civil actions, suits, or proceedings commenced by the United States and any action for the forfeiture of property incurred under any act of Congress.

5.      Venue is proper pursuant to 28 U.S.C. §§ 1355(b)(1)(A) & (b)(2) and 28 U.S.C. § 1395(c).

## FACTS GIVING RISE TO FORFEITURE

### I.      DEFINITION OF TERMS

#### A.  Bitcoin

6.      Bitcoin ("BTC") is a decentralized virtual currency, which is supported by a peer-to-peer network.  All transactions are posted to a public ledger, called the Blockchain (which can be seen at https://Blockchain.info).  Although transactions are visible on the public ledger, each transaction is only listed by a complex series of numbers that do not identify the individuals involved in the transaction.  This feature makes BTC pseudo-anonymous; however, it is possible to determine the identity of an individual involved in a BTC transaction through several different tools that are available to law enforcement.  For this reason, many criminal actors who use BTC to facilitate illicit transactions online (*e.g.,* to buy and sell drugs or other illegal items or services) look for ways to make their transactions even more anonymous.

7.      A BTC address is a unique token; however, BTC is designed such that one person may easily operate many BTC accounts.  Like an e-mail address, a user can send and receive BTC with others by sending BTC to a BTC address.  People commonly have many different BTC addresses and an individual could theoretically use a unique address for every transaction in which they engage.  A BTC user can also spend from multiple BTC addresses in one transaction;

however, to spend BTC held within a BTC address, the user must have a private key, which is generated when the BTC address is created and shared only with the BTC-address key's initiator. Similar to a password, a private key is shared only with the BTC-address key's initiator and ensures secured access to the BTC.  Consequently, only the holder of a private key for a BTC address can spend BTC from the address.  Although generally the owners of BTC addresses are not known unless the information is made public by the owner (for example, by posting the BTC address in an online forum or providing the BTC address to another user for a transaction), analyzing the Blockchain can sometimes lead to identifying both the owner of a BTC address and any other accounts that the person or entity owns and controls.

8.      BTC is often transacted using a virtual-currency exchange, which is a virtual-currency trading platform and bank. Virtual currency exchanges typically allow trading between the U.S. dollar, other foreign currencies, BTC, and other digital currencies.  Many virtual-currency exchanges also act like banks and store their customers' BTC.  Because these exchanges act like banks, they are legally required to conduct due diligence of their customers and have anti-money laundering checks in place.  Virtual currency exchanges doing business in the United States are regulated under the Bank Secrecy Act, codified at 31 U.S.C. § 5311 *et seq*., and must collect identifying information of their customers and verify their clients' identities.

9.      BTC is just one of the virtual currencies and tokens available for trading on most virtual currency exchanges.  Some of the other major virtual currencies, based on market capitalization, include Ethereum (ETH), XRP, EOS, Tether (USDT), BSV, Stellar (XLM), and LEO.

### B. **Blockchain Analysis**

10.     While the identity of the BTC address owner is generally anonymous (unless the owner opts to make the information publicly available), law enforcement can identify the owner of a particular BTC address by analyzing the Blockchain.  The analysis can also reveal additional addresses controlled by the same individual or entity.  For example, a user or business may create many BTC addresses to receive payments from different customers.  When the user wants to transact the BTC that it has received (for example, to exchange BTC for other currency or to use BTC to purchase goods or services), it may group those addresses together to send a single transaction.  Law enforcement uses sophisticated, commercial services offered by several different Blockchain-analysis companies to investigate BTC transactions.  These companies analyze the Blockchain and attempt to identify the individuals or groups involved in the BTC transactions.  Specifically, these companies create large databases that group BTC transactions into "clusters" through analysis of data underlying BTC transactions.

11.     Through numerous unrelated investigations, law enforcement has found the information provided by these companies to be reliable.  The third-party Blockchain-analysis software utilized in this case is an anti-money laundering software used by banks and law enforcement organizations worldwide.  This third-party Blockchain analysis software has supported many investigations, and been the basis for numerous search and seizure warrants, and as such, has been found to be reliable.  Computer scientists have independently shown that they can use "clustering" methods to take advantage of clues in how BTC is typically aggregated or split up to identify BTC addresses and their respective account owners.

12.     Since the Blockchain serves as a searchable public ledger of every BTC transaction, investigators may trace transactions to BTC exchangers.  Because those exchanges collect

identifying information about their customers, subpoenas or other appropriate process submitted to these exchangers can, in some instances, reveal the true identity of the individual responsible for the transaction.

## II.    CURRENT INVESTIGATION OF TERRORIST FUNDING

### A.   Designation of Hamas and the al-Qassam Brigades

13.    On October 8, 1997, by publication in the Federal Register, the United States Secretary of State designated Hamas as a Foreign Terrorist Organization ("FTO") pursuant to Section 219 of the Immigration and Nationality Act. On October 31, 2001, the Secretary of State also designated Hamas as a Specially Designated Global Terrorist under Executive Order 13224. As part of this designation, the Secretary of State listed a number of aliases for HAMAS, including, Izz Al-Din Al-Qassim Brigades, Izz Al-Din Al-Qassim Forces, Izz Al-Din Al Qassim Battalions, Izz al-Din Al Qassam Brigades, Izz al-Din Al Qassam Forces, and Izz al-Din Al Qassam Battalions.  To date, Hamas remains a designated FTO.

14.    The Office of Foreign Assets Control ("OFAC") has also targeted Hamas with three sanctions programs, codified at 31 C.F.R. Part 594, 31 C.F.R. Part 595, and 31 C.F.R. Part 597.

15.    The State Department's 2018 Country Report on Terrorism noted that the al-Qassam Brigades branch of Hamas had conducted numerous attacks, including large-scale suicide bombings against civilian targets in Israel.  This annual reporting also explains that Hamas and its components, including the al-Qassam Brigades, rely heavily on donations from Palestinian expatriates around the world, including in North America.

### B.  Terrorist Fundraising Campaign

16.    The al-Qassam Brigades began a BTC fundraising campaign in early 2019.  This campaign progressed in three stages as outlined below.  In stage one, the al-Qassam Brigades

solicited donations from supporters and requested BTC be sent to a single BTC address, **Defendant Property 1**, hosted at a U.S.-based BTC exchange.  In stage two, the al-Qassam Brigades requested donations be sent to a single BTC address, **Defendant Property 4**, located within the al-Qassam Brigades' controlled infrastructure, rather than at a third-party hosted BTC exchange.  Finally, in stage three, the al-Qassam Brigades developed and relied on technology that generated new unique BTC addresses for each donation, specifically, **Defendant Properties 14-130**.

     a.   <u>STAGE ONE</u>

    17.   Stage one involved the following **Defendant Properties**, as described below:

| Defendant Property # | Account Identifier |
|---|---|
| 1 | 3PajPWymUexhewHPczmLQ8CMYatKAGNj3y |
| 2 | 3LrjAKNfnyX2BGmor6ZNxvZutM1Q3KEejZ |
| 3 | 1HrPF5CPqJiWbkroxheU5LcHL7bZNDi76v |
| 177 | 1D9jDMKhss9vtmeRWeBA6tmts52JoQyezk |
| 178 | 1JJrTJgxSNqEPDrRBogD7odjvCwuog9Cqb |

    18.   On or about January 31, 2019, a user with the registered name, "alqassam brigades" opened **Defendant Property 1** at Virtual Currency Exchange 1 and was given a BTC deposit address starting with 3Paj.  The user of **Defendant Property 1** provided Virtual Currency Exchange 1 with the e-mail address and a Palestinian phone number to register the account. **Defendant Property 1** was accessed from an IP addresses located within Gaza in the Palestinian territory.

19.     Also on or about January 31, 2019, the al-Qassam Brigades began a public fundraising campaign, soliciting BTC donations on social media.  Specifically, a Twitter account identified as the "official account of the Al-Qassam Brigades" posted a call for supporters to "Donate for Palestinian Resistance via Bitcoin."  The post displayed **Defendant Property 1**, the aforementioned BTC deposit address starting with 3Paj, as the address to which donors could send their funds to the al-Qassam Brigades.



20.     That same day, on or about January 31, 2019, **Defendant Property 2** was created at Virtual Currency Exchange 1 and assigned an account number ending in 1ae06.  The account was registered with a Palestinian phone number and the email address allmohbllah@gmail.com. The Palestinian IP address used to create **Defendant Property 2** resolved to the same Palestinian IP address that was used to log into **Defendant Property 1** on the same date.  Additionally, **Defendant Property 1** and **Defendant Property 2** were created within a couple hours of each

other, as were their respective linked email accounts.  **Defendant Property 2** conducted no transactions.

21.     Persons creating "burner accounts" often create multiple accounts at the same time from the same computer.  **Defendant Property 2** appears to be a burner account used by the same co-conspirators seeking donations for the al-Qassam Brigades.

22.     On or about May 11, 2017, **Defendant Property 3** was created at Virtual Currency Exchange 1.  The account was registered using a physical address in the Palestinian territory, a verified Palestinian phone number, and was logged into from IP addresses resolving to the Palestinian territory.

23.     Based on Blockchain analysis, on or about January 31, 2019, **Defendant Property 3** sent two BTC payments, each worth approximately $1, to **Defendant Property 1**. These transactions occurred within hours of the opening of **Defendant Property 1**.  These types of payments are consistent with "test transactions," typically nominal deposits, which in this case were likely intended to confirm that **Defendant Property 1** was open and able to receive funds.

24.     **Defendant Property 3** also received funds from two additional accounts that belonged to the same accountholder, **Defendant Property 177** and **Defendant Property 178,** which were held at Virtual Currency Exchange 11 and Virtual Currency Exchange 9, respectively.

b.  STAGE TWO

25.     Stage two involved the following **Defendant Properties**, as described below:

| Defendant Property # | Account Identifier |
|---|---|
| 4 | 17QAWGVpFV4gZ25NQug46e5mBho4uDP6MD |
| 5 | 1KDFQFnFfy9gJgXF18U3vpfeJQAeixPp1K |

| 6 | 1HQhQfFPesW8znZdsdizHnA8ggvtc6NJ4k |
|---|---|
| 7 | 1AW9z69zW2Wpg5i2gFs9YzkvZLjzDNx5VG |
| 8 | 14EwXyqiB3yVLDJ1zVNevvEDpyyhBdnzjk |
| 9 | 14S3GUHsqSY2am6yCPqEhb72sECUUbnRtE |
| 10 | 14dRMzjmatz7zkc7iRYaitMvw4YPxXJYHf |
| 11 | 1JJQceg2YZuCsJxUvAAVwU2YH4wDwxQoy6 |
| 12 | 1EQFWyM1gTus8cnuwHQErnaED3um1py2pF |
| 13 | 19ncZQTCBfvfW5bsM7v3Pe7t6nzu4GZy4r |

26.    On or about February 1, 2019, the al-Qassam Brigades expanded its social media fundraising campaign, seeking additional BTC donations to be sent to a new BTC deposit address starting with 17QAW ("**Defendant Property 4**").  **Defendant Property 4** was registered using the same email account used to register **Defendant Property 1.**



27.     Using commercially-available reliable third-party Blockchain analytics software, law enforcement learned that **Defendant Property 4** has been clustered (a process described above) with nine other BTC addresses, specifically, **Defendant Properties 5** through **13**.  These ten BTC addresses comprise stage two, as the clustering together of BTC addresses reflects common ownership/control.

28.     As of August 7, 2020, Blockchain analysis shows that the stage two operation has collected approximately 1.16938125 BTC via 65 transactions.

c.     <u>STAGE THREE</u>

29.     The first two stages relied on static BTC addresses, *i.e.*, a single fixed account number that could receive donations from anyone.  Virtual currency exchanges could easily monitor the single static address on the Blockchain and evaluate their exposure to this terrorist funding campaign, and subsequently began to freeze transactions associated with these BTC addresses.

30.     In stage three, the al-Qassam Brigades, instead, began providing donors on its official website, **Defendant Property 186**, which law enforcement accessed while in Washington, D.C., a dynamic BTC address system, wherein the website created a new unused BTC address for each individual wishing to fund the al-Qassam Brigades.  Like an e-mail address, there is typically no charge to create a new BTC address.  There are hundreds of millions of BTC addresses currently in use.

31.     The al-Qassam Brigades' website included a reCAPTCHA human verification system provided by Google so that BTC addresses could not be harvested automatically.  The al-Qassam Brigades also created two additional official sites located on the Palestinian domain to raise BTC for the campaign, **Defendant Property 187** and **Defendant Property 188**.  All three

websites, according to subpoena and search warrant returns, were registered and administered by the same individual.

32.     One of the Palestinian domain sites, **Defendant Property 187** appears identical to **Defendant Property 186**, providing the exact same information and instructions for contacting and donating to the organization.



33.     The other official website, **Defendant Property 188**, while not identical, relies on the same military photographs and information as the other two websites.  Additionally, it similarly seeks BTC donations, linking users, with a click on the below image, directly to **Defendant Property 187** for this purpose.



34.    Clicking on the BTC symbol at the bottom right corner of the homepage of **Defendant Property 186** and **Defendant Property 187**, shown here, led to a BTC donation page embedded within the same domain.  Donors clicked on this donation page, which generated 117 unique BTC addresses. These 117 addresses represent **Defendant Properties 14-130**.



35.    Stage three is still active and ongoing.  As of August 7, 2020, **Defendant Properties 14** through **130** received approximately 2.39361558 BTC via 124 transactions.  Many of these BTC addresses clustered together within third-party Blockchain analytics software demonstrating common ownership.  These Properties are identified as follows:

| Defendant Property # | Account Identifier |
|---|---|
| 14 | 31hnjnw7Xe8e183u2qffHt4qpLFLfergmF |
| 15 | 31idyYGpkmev8S1Kve8TvHExYdFeDM2saV |
| 16 | 31iUH4sRXJt9F8MnnpVY1HAxUZ1qZQ4Z7x |
| 17 | 31iZbakXU1arYMMyiCgceipKjUxCF19N5j |
| 18 | 31jbxdhDYxkB6ULhsk7VMLsNB3KQgTREUZ |
| 19 | 31k6eLZLTP1adv7EqZNkbnd8Jm1oHnULuP |
| 20 | 31mnD8FtBVyHh6CCFsUwiTFHuu6RMTCjcR |
| 21 | 31mUJqpqH8HLsGaxMdARTgdPHkbWbq2yuQ |
| 22 | 31n5MTyfWEFFm7pXf7e9Qt2i5Ec8jKA1py |
| 23 | 31nob3VbXpByQZBuvHdFF1vcwjBoSd1xJF |
| 24 | 31o5C1u66MjVZMrcJHzHYuQFk9XuDUznqX |
| 25 | 31osZ4w7nPC2wbezG3fhu7fraUNBeEfdyA |
| 26 | 31ot27eWxmxbQtVWmpiSyuakJNKqwc4uSZ |
| 27 | 31otG9J9PWZ5GuUaAFVwuzP5nrAX6sVNh8 |
| 28 | 31p9vft5AqYgt7uPxTXCis97zHE2E8RkTG |
| 29 | 31pmPV1XpevjEUzPtmr5sDXm8s4YzTyaS2 |
| 30 | 31pWw13YTX5h9EY6T5hjcRDT4bDF6cQMXR |
| 31 | 31pYNazDxCwnhAyVCNqpELTE66qi4KcEA5 |

| | |
|---|---|
| 32 | 31qeJQa6Y6LL74HDBe5ZkuE7GxfMvUAh7t |
| 33 | 31qk3S4hqj5KfedbVo45nFdvrXQ6TnYtY2 |
| 34 | 31qMgW6GideWcAHTdYf4GN3UEKEzVTP6jb |
| 35 | 31qv732ydN8kbUyLYbv5QBNDyHRbRqL5wo |
| 36 | 31rbKDq1pwA1GLHwa82cySVrkTo1R6htMK |
| 37 | 31rhvmw3BPW9bYXvV6RJ4ZuwgUP2QbN6Wp |
| 38 | 31rQoLSQkVa2SQhgRByhrM5e69KaKPntpp |
| 39 | 31rZQb9DM2Fz5Yqi47UTsZ3FttETRAvbeu |
| 40 | 31s1NZm8S16JsedBDJcSX815ikhNCkro28 |
| 41 | 31spTrrz7g2nCtf7JPVFrsAwiQi6SGJygU |
| 42 | 31tKBTcV4bWYLEXzSwByPuJWmEnWkNUXNs |
| 43 | 32LjBurh7tKVpxmhhEhfPUnKYzV7jxzane |
| 44 | 33mskKAPj8RVaFcSaCDtWtpCQYNCp4dFLw |
| 45 | 344Aycb4ZzEZXEF26qgbGrfYjFEqMJbN6F |
| 46 | 38vt9RRxHJboCyFbTieWT1sFKxbacKeBgg |
| 47 | 3AHkpUF4zgvxVxRPKNrTQyo4NrZ1PH8x5Z |
| 48 | 3CafimPzKw8ZhXQyQjojD2GDNpwsaQb12J |
| 49 | 3DTLocTRA6s4LyZGnSN5g4aRfLd8FVaxHh |
| 50 | 3Ea4umPPeQGELifMTXWmkJAZCzijBuYtVm |
| 51 | 3EaD7SfNXda1LujuB1fyi8mzuA1qmrsUAq |
| 52 | 3EaGnTmpjGYRSV2KAkrgP6zg2uhPHAw15o |
| 53 | 3EaKhQrXE2oZ6b74H7ML2SipNU7cdXhqDz |
| 54 | 3EaPVCEnRRWZ96qJR8p6JgvgeTmGshvZRy |

| | |
|---|---|
| 55 | 3EbyqWHMMzE96mMmB6bASnXsaGinwq7now |
| 56 | 3EciaU3UgTycJvmD2KC4YG4NBoh6fqpZFU |
| 57 | 3EcQ7XQXQiSS27LgV3hrvsXFntN7GxAxzf |
| 58 | 3EdXMhAWLKg7PJfLbEKRCMm8Ldm6dsZDzT |
| 59 | 3EeAr4pt2n9wjeFWY5XXTK1AGcmfTLG2hB |
| 60 | 3Eein3xzdKxrvKQQJp5Y5H8cbqrhoEKW1N |
| 61 | 3EekremuSe1bnR43w9nZMG2W7YMkbvgPEa |
| 62 | 3EemNUbRZoov3jp38BZuAJhSXxnSKQRN9F |
| 63 | 3EeNxvKupEyozjPEvoccaZBQN2TVTgndgP |
| 64 | 3EeqkFMzUEPMpB4PZeDe1yHBmLVSiQ6QdX |
| 65 | 3EeyeaD1YXwrkQGeYgo7QsoJi9tL9CZrxw |
| 66 | 3EfH1Jk9JBqu6cHqXWUysRiM16HS5bjeK6 |
| 67 | 3EfKyF6eCRVTmvoMXPk8jUgDWfMXXAhhVq |
| 68 | 3EfUV43ULkkxsezDDbfnh9acBWhCNXQw3p |
| 69 | 3EfYuiuGvoU6quCSD7RNHBQAngqkfjtu75 |
| 70 | 3EfzSMeN4ds6HXTWP4FZeVZynJTSvvtUgN |
| 71 | 3EgLDToL4NS51KC7LzY8rw6CsLeaoUVzzz |
| 72 | 3Egn1PtQuctJViaK5E9gn2BYUZ9vkoyhQY |
| 73 | 3Egrrh9KgqYYnwoTic2mGrNNqUg7H2xMzt |
| 74 | 3EguPmkenPJa5ezKgRi41nnnz7JwUvexfy |
| 75 | 3EWxNDQg52QH7ZXrAfxU22T5XyKCtxUG8Q |
| 76 | 3EX4bu9vjudVXnFEXJq7pRW7qboPLPcCpU |
| 77 | 3EX9MLM6pTK6nvajFj4woTx2nT7NXBXrLZ |

| 78 | 3EXBCqAR9jW2XJsGK6pAifLhZrg76vDJxF |
|----|-------------------------------------|
| 79 | 3EXUxdgs5JjmBTvhpCCtyYXveHXW9Ykxmc |
| 80 | 3EXzujBDN5cVDeRgysMpQjyK8AZ3eZ7m5L |
| 81 | 3EY8Ln5c51jwY4x7pKroCETEAK6Ch4EDVu |
| 82 | 3EYc9agtyf5xjdX6gjXNXQVvxUb3UNtTzc |
| 83 | 3EYwWQxei7iFczcr99LcJAa5pFtFdyQrYX |
| 84 | 3EZ6VeppfgZc3bGuefA7V5g17i9BnnNVWD |
| 85 | 3EZetpgN7K5jow7sv9dKQZ2tL6JfNJU4Hy |
| 86 | 3EZf21ULWjqpLDtzJU1qbfqxgHqaPDpdUD |
| 87 | 3EZfMVxWBNBUm23HUvvaQXcET3WbkR34oS |
| 88 | 3EZG4CNSAiDchj5mU5NehxtqVZgJqj3tuN |
| 89 | 3EZQYLt6XAaWgwqm6PUHAKPGcfNtt3oY6T |
| 90 | 3EZvc5LA6WjchP7VWY3BohXZ6u73xo3WcE |
| 91 | 3EZx1DuWqwuRhErsoZJva2ibp8FUuYjBvC |
| 92 | 3Fq8LkKoJU61MVqL7HJiPR3ecEpxEmqKkU |
| 93 | 3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR |
| 94 | 3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR |
| 95 | 3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ |
| 96 | 3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ |
| 97 | 3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW |
| 98 | 3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW |
| 99 | 3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev |
| 100 | 3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev |

| 101 | 3Fr9hEMfYCnRoNyd9wEBJPMVgSEgVRxFXT |
| 102 | 3FraSMiSHqntVAxiAiaPaD2z2K1YMvmSu9 |
| 103 | 3Freatgh7mpUhSjvrzUvDR4kR23ERYu3Gz |
| 104 | 3FrfgNJ6cMoLt4DvSokLRWJYhs3iR58uG6 |
| 105 | 3FrGKydHtTg1mgrwzaBdCF2TLq6dne7sQW |
| 106 | 3FrgLnW4DQWJQXkaHQm1rvH4GFk7MPpRzy |
| 107 | 3Frh4A8Tecb1YFsf9T64TCvE6XCqv17Mse |
| 108 | 3FricPpCwRFkL7zvYBKNEYMGUQp5F7Qj47 |
| 109 | 3FrP22X7MGdQZX66FHDPsrMvGoxFzFxxSD |
| 110 | 3FrPk5dAyqSpvs1bM43hRFHwHVmnosHw3B |
| 111 | 3FrRV3hZKuBJmd9oEHuwPbq4Dq1f49yzus |
| 112 | 3FrS1Vm2Vha1JrMTrGiyCxpwjvEx27cfS8 |
| 113 | 3FrSvZWjvDSGrRDPG6fdwEEEsUkrY65ZU7 |
| 114 | 3FrTayH9wkCnNkTTkfuqx7SVQQzzCQd5Cp |
| 115 | 3FrUtZ3dXoGNDWejDbXanYEfZR56JyiLsT |
| 116 | 3FrVsAxKhtau1kcjVY8iXQNo2i1uZD6orS |
| 117 | 3FrZphLBUTm9aTiXhnZTA3piVJ4oTxjpBU |
| 118 | 3FtDtZdVMY53Jjk8fCPxydXb633jFdj3wo |
| 119 | 3FtHfUNd2zgSY8FNW4Aq2f88wwSYiyVacg |
| 120 | 3Ftpn5gXf79Zurdf7PYGfQZiipgVqEiUkg |
| 121 | 3FvrNAv5KaEWVA7o8JJKFqeCfCP28JqRDt |
| 122 | 3FvV3xyheg6BWAjX8Yy6dcENRfmhMnAZ6a |
| 123 | 3Fw3NTwtmk8zQuwg6s2FPniXWPKirfqAgP |

| 124 | 3FWSkG5NmyXF3rqMav7piXiJUDYzKpgFRT |
| 125 | 3JaDQWNPyysYRcNNQxgkwSUpApXvn3XkBW |
| 126 | 3La8eKaybxVeBLDxGNSyydVRoX9ZxjrDCW |
| 127 | 3LhP8JYJ77cj2eVXBasY92Z6omTyRbUdbh |
| 128 | 3Ngo99WAQieMEJGf5WJz2ycH1reFkjd6yg |
| 129 | 3QGyLXfEdN1iPt21toAf4qhM4zQ8zsDMMy |
| 130 | 3Qms9Dk4ViL2LNfup8J5fYLXYCWsXj43Qa |

36.   Notably, the al-Qassam Brigades' Websites listed the email address fund@alqassam.ps as the point of contact.  On or about October 24, 2019, an HSI undercover agent (UCA) e-mailed fund@alqassam.ps to ask if his/her donation would be used to "fight the occupation."

37.   Later that same date, the UCA received an e-mail from fund@alqassam.ps which stated that donations would "be used to fight the occupation."  The e-mail also asked the UCA to clarify the amount he/she intended to send so that "we can tell you the proper way to send."

38.   On or about October 25, 2019, the UCA sent an e-mail to fund@alqassam.ps and asked the sender to "describe how my money will be used."  The UCA further explained that he/she intended to donate $1,100.

39.   On or about October 27, 2019, the UCA received an e-mail from fund@alqassam.ps which stated that "your donation will make difference as no jihad will be committed without money for buying weapons and training mujahideen.  Moreover, the doors of jihad are many: by word, by money, by fighting, etc."  Furthermore, the e-mail indicated that donations could be sent via MoneyGram or Western Union.

## III.    INFRASTRUCTURE OF THE AL-QASSAM BRIGADES' WEBSITES

40.    During the course of the investigation, law enforcement discovered five accounts held at Financial Institution 1, **Defendant Properties 181** through **185,** which were linked to the al-Qassam Brigades' Websites and supporting infrastructure.  As detailed below, these accounts either attempted to fund the server companies hosting the al-Qassam Brigades Websites or are linked to the email accounts underlying the al-Qassam Brigades' Websites.

| Defendant Property # | Account Ending | Email Address |
|---|---|---|
| 181 | 40816 | Hamas Email 1 |
| 182 | 17365 | Hamas Email 1<br><br>Hamas Email 2 |
| 183 | 01709 | Hamas Email 2<br><br>Hamas Email 3 |
| 184 | 08539 | Hamas Email 4 |
| 185 | 52104 | Hamas Email 4 |

41.    These Defendant Properties were utilized to support, maintain, and finance the fundraising campaign, as follows:

a.    On or about June 22, 2014, **Defendant Property 181** attempted to send two payments to the website hosting companies for services provided for the al-Qassam Brigades' Websites.

b.    On or about October 14, 2018, **Defendant Property 182** was registered with Financial Institution 1 using Hamas Email 1 and Hamas Email 2.  These two email addresses are directly linked to the al-Qassam Brigades' Websites.  On or about December

24, 2018, **Defendant Property 182** attempted to pay an outstanding website hosting service invoice relative to the al-Qassam Brigades' Websites.

c.      On or about March 24, 2014, **Defendant Property 183** was registered with Financial Institution 1 with Hamas Email 2.  On or about June 22, 2014 and June 25, 2014, **Defendant Property 183** was used in an attempt to pay for website hosting services relative to the al-Qassam Brigades' Websites.

d.      On or about December 5, 2018, **Defendant Property 184** was registered with Financial Institution 1 with Hamas Email 4.  On or about December 5, 2018 and May 17, 2019, **Defendant Property 184** attempted to make two payments to a web design company.

e.      On or about May 17, 2019, **Defendant Property 185** was registered with Financial Institution 1 with Hamas Email 4.

## IV.    ACCOUNTS OF DONORS TO THE FUNDRAISING CAMPAIGN

42.     Throughout all three stages of the al-Qassam Brigades' fundraising campaign, the terrorist organization received donations from cryptocurrency accounts located at a variety of virtual currency exchanges.  As visualized in the chart below, **Defendant Properties 131** through **178** sent virtual currency to the al-Qassam Brigades during one or more of the three stages of the BTC fundraising campaign.



a. **Virtual Currency Exchange 1**:

43.   The following donor accounts are located at Virtual Currency Exchange 1:

| Defendant Property # | Account Identifier |
|---|---|
| 131 | 17cZ7CBhSPHn2gDkfNgrwNmHFDDHX7zC6q |
| 132 | 1J6665h8Njpva6crm1VSFwW8BToNFxaPxz |
| 133 | 1GeLggwn8GqtTW6CYFUwerybHkzcNqPqaX |

| 134 | 1Jp1Kwn43qzHWt7bGMdgZS9ZPbTi7rK9AY |
| 135 | 1MgudcZEMXpB8uXUswuGHgDBTNmUZ8ZkZD |
| 136 | 1PmAgUZXVvKMRcS37Hu2XVqdkovKG8ZPTk |
| 137 | 1FUgt1eY69Ric3oaqtNK1xUex7dqph1eEv |
| 138 | 3HB3GQhNxjfvPYKBYfUZwUVpSatqE8tHBb |
| 139 | 3QqerQBe5duLc9YwqvKvDPAc3TJZxcfrsw |
| 140 | 3E8yaNXEKQnnFMvnyyrwxaM9DaqNxHpFzP |
| 141 | 3FeZrRq9nisxeR4RxBdj4DnhJSsABtGBAC |
| 142 | 119Yw1qsUihJmBu68gcqgN36CrGy92d4aNX |
| 143 | 32sVYnjTbnULtPKT8wuSNc7mzdwyuDDuAr |

44.     **Defendant Properties 131** through **140** were registered at Virtual Currency Exchange 1, under one account, using the same email address.  During the approximate period of April 3, 2019 to May 6, 2019, this account at Virtual Currency Exchange 1 containing **Defendant Properties 131** through **140** sent approximately 0.0035672 BTC via four transactions to **Defendant Properties 34**, **38**, **39**, and **80**, all of which, as noted above, were generated by the al-Qassam Brigades during stage three.

45.     During the approximate period of May 7, 2019 to June 23, 2019, **Defendant Property 141**, another account at Virtual Currency Exchange 1, sent approximately 0.01641437 BTC via six transactions to **Defendant Properties 52**, **65**, **55**, **90**, **63**, and **89**, which as noted above were generated by the al-Qassam Brigades during stage three.  This funding of the al-Qassam Brigades, was the **Defendant Property 141**'s only activity.

46.     **Defendant Properties 142** and **143** were registered at Virtual Currency Exchange 1, under one account, using the same email address.  On or about March 24, 2019, an account at

Virtual Currency Exchange 1 holding **Defendant Properties 142** and **143** sent approximately 0.00182397 BTC to **Defendant Property 18**, which as noted above was generated by the al-Qassam Brigades during stage three.

**b. Virtual Currency Exchange 2**:

47.     The following donor accounts are located at Virtual Currency Exchange 2:

| Defendant Property # | Account Identifier |
|---|---|
| 144 | 13gGNrqWGPN5XxYNnceWEgGykuHuaFhPFM |
| 145 | 1LuGcrfVyQ8KK1QuQysZcgoRtg7nuU55DH |
| 146 | User ID: 35764207 |
| 147 | 1DjYVV19zAuJPcXjn44is2CsAn4sW4it5W |
| 148 | 15WrJ9vkvw46HGaD9PKpDLkGD6MCX8CEVR |
| 149 | 14sXBGZZzeunJuyyA1fJY4tKyC5RM7WYTP |
| 150 | 1LGcSmCwR2eMurxgwLeJtV9iRoLHCVNv3G |
| 151 | 1Fyyfqjo4pvxwv6yqW5FrzrNspsYrX6ErX |
| 152 | User ID: 20920319 |
| 153 | 1P49duqmF5PwRSEpmL13F9QS8y3jVe4zjW |
| 154 | 1BU8uxGuoFeATAey8XG91Q6Ux23tTTeYyx |
| 155 | 1DPuLoyzjjTsbGFNcWFu7eK52uYg1qFHtr |
| 157 | User ID: 22237397 |
| 158 | 1XD6XifgGCsvcGBUzXqpNNnvC5j3y8gey |
| 159 | 133sCL2aCviV8N1TLngFGco7CDhHDmwChR |
| 160 | 1A55bZqCNtFgASJHG4FxTNiAsU3jTt7DVo |

| 161 | 1B7etAU8bG848QNXJjpe9XH9a1WrcWFm2Q |
|---|---|

48.     On or about February 1, 2019, **Defendant Property 144**, an account at Virtual Currency Exchange 2, sent approximately 0.0295 BTC to **Defendant Property 1**, which as noted above was the account registered to "alqassam brigades" at Virtual Currency Exchange 1 that was used during stage one.

49.     On or about January 31, 2019, **Defendant Property 145**, an account at Virtual Currency Exchange 2, sent approximately 0.1428639 BTC to **Defendant Property 1**.

50.     On or about February 1, 2019, **Defendant Property 146**, an account at Virtual Currency Exchange 2, sent approximately 0.13747974 BTC to **Defendant Property 1**.

51.     On or about January 31, 2019, **Defendant Property 147**, an account at Virtual Currency Exchange 2, sent approximately 0.03130579 BTC to **Defendant Property 1**.

52.     On or about January 1, 2019, **Defendant Property 148**, an account at Virtual Currency Exchange 2, sent approximately 0.01112477 BTC to **Defendant Property 1**. Additionally, **Defendant Property 148** sent approximately 0.00765096 via two transactions to **Defendant Property 4**, which as noted above was the BTC address used by al-Qassam Brigades during stage two.

53.     On or about February 1, 2019, **Defendant Property 149,** an account at Virtual Currency Exchange 2, sent approximately 0.01058924 BTC to **Defendant Property 1**.

54.     On or about April 4, 2019, **Defendant Property 150**, an account at Virtual Currency Exchange 2, sent approximately 0.42139 BTC to **Defendant Property 32**, which as noted above was generated by the al-Qassam Brigades' Websites during stage three.

55.     On or about April 23, 2019, **Defendant Property 151**, an account at Virtual Currency Exchange 2, sent approximately 0.473 BTC to **Defendant Property 150**. Network logs

from Virtual Currency Exchange 2 revealed that **Defendant Property 150** and **Defendant Property 151** were logged into using the same devices from identical IP addresses on at least three occasions, April 23, April 26, and May 22, 2019.  The overlap of logins at the same period of the BTC transfer indicates common control and related involvement in this scheme.

56.     On or about February 3, 2019, **Defendant Property 152**, an account at Virtual Currency Exchange 2, sent approximately 0.01542738 BTC to **Defendant Property 4**.

57.     On or about February 4, 2019, **Defendant Property 153**, an account at Virtual Currency Exchange 2, sent approximately 0.1338358 BTC via two transactions to **Defendant Property 4**.

58.      On or about February 28, 2019, **Defendant Property 154**, an account at Virtual Currency Exchange 2, sent approximately 0.01604317 BTC to **Defendant Property 4**.

59.     On or about February 5, 2019, **Defendant Property 155**, an account at Virtual Currency Exchange 2, sent approximately 0.03448398 BTC to **Defendant Property 4**.  Notably, the owner of **Defendant Property 155** did not provide identifying information upon opening the account.

60.     On or about March 13, 2019, **Defendant Property 157**, an account at Virtual Currency Exchange 2, conducted its only transaction by sending approximately 0.00988427 BTC to a BTC address starting with 17oT.  Approximately thirty-five minutes later, BTC address 17oT conducted its only transaction, sending approximately 0.00983953 BTC to **Defendant Property 4**.

61.     On or about March 24, 2019, **Defendant Property 158**, an account at Virtual Currency Exchange 2, sent approximately 0.0059799 BTC to a BTC address starting with 1Ewb. Less than an hour later, BTC address 1Ewb sent approximately 0.00983953 BTC to **Defendant**

**Property 14**, which, as noted above was generated by the al-Qassam Brigades' Websites during stage three.

62.     On or about February 5, 2019, **Defendant Property 159**, at account at Virtual Currency Exchange 2, conducted its only transaction by sending approximately 0.00932416 BTC to **Target Property 51**, which, as noted above was generated by the al-Qassam Brigades' Websites during stage three.

63.     On or about May 26 and 28, 2019, **Defendant Property 160**, an account at Virtual Currency Exchange 2, sent approximately 0.0058 BTC and 0.00580817 BTC, respectively, to **Defendant Property 84**, an address also generated during stage three.

64.     On or about April 1, 2019, **Defendant Property 161**, an account at Virtual Currency Exchange 2, conducted its only transaction by sending approximately 0.03675106 BTC to a BTC address starting with bc1q.  Approximately forty minutes later, BTC address bc1q sent approximately 0.03743901 BTC to **Defendant Property 29**, an address generated by the al-Qassam Brigades' Websites during stage three.

   **c.   <u>Virtual Currency Exchange 3</u>:**

65.     The following donor account is located at Virtual Currency Exchange 3:

| Defendant Property # | Account Identifier |
|---|---|
| 156 | 34vKeiCwwu5guBZhr4J8RbnKTus8q1j7Sa |

66.     On or about March 11, 2018, **Defendant Property 156**, an account created with the same phone number and email address as **Defendant Property 155**, a donor account at Virtual Currency 2, was created at Virtual Currency Exchange 3.  As stated above, the owner of **Defendant Property 155** did not, and was not required to, provide identifying information to Virtual Currency

Exchange 2.  This was not the case, however, with Virtual Currency 3.  Rather, upon opening the account, the owner had to provide Virtual Currency Exchange 3 with personally identifying information, to include a name and photo ID.  Between March 29, 2018 and May 5, 2018, **Defendant Property 156** sent approximately 0.28121121 BTC to **Defendant Property 155**.  By purchasing BTC at Virtual Currency Exchange 3 and then sending it the BTC to **Defendant Property 155**, which did not require personally identifying information to create, the accountholder could layer and obfuscate payments to the al-Qassam Brigades.

    **d.  <u>Virtual Currency Exchange 4</u>**:

67.    The following donor accounts are located at Virtual Currency Exchange 4:

| Defendant Property # | Account Identifier |
|---|---|
| 162 | 3A2KA243cB17yFFWEcWqffTi3c9CAvq8Dh |
| 163 | 3JXrtFWn7kaoz75bPqD23kPpMtKZiK3j2w |

68.    On or about June 17, 2019, at account at Virtual Currency Exchange 4 controlling **Defendant Properties 162** and **163** sent approximately 0.007802 BTC to a BTC address starting with 1GBm.  Two days later, BTC address 1GBm conducted its only two transactions by sending a total of approximately 0.00760121 BTC to **Defendant Properties 61** and **62,** which, as noted above were generated by the al-Qassam Brigades' Websites during stage three.

### e.  **Virtual Currency Exchange 5**:

69.    The following donor account is located at Virtual Currency Exchange 5:

| Defendant Property # | Account Identifier |
|---|---|
| 164 | 35Yn5sRoasPArcXhN3Uz2HANn34rYg7ihG |

70.    On or about May 12, 2019, **Defendant Property 164**, an account at Virtual Currency Exchange 5, sent approximately 0.0132432 BTC to a BTC address starting with 35Yn. Approximately ten minutes later, BTC address 35Yn sent approximately 0.00711878 BTC to **Defendant Property 83**, which, was generated during stage three by the al-Qassam Brigades' Websites, and approximately 0.00599242 BTC to a BTC address starting with 34rV.  On or about June 4, 2019, BTC address 34rV sent approximately 0.00505708 BTC to **Defendant Property 57**, which was also generated during stage three.

### f.  **Virtual Currency Exchange 6**:

71.    The following donor account is located at Virtual Currency Exchange 6:

| Defendant Property # | Account Identifier |
|---|---|
| 165 | 31mT7hQ7V6B58hfNVJchZTXP7gANpZjUjK |

72.    On or about March 25, 2019, **Defendant Property 165**, an account at Virtual Currency Exchange 6, sent approximately 0.54374 BTC to **Defendant Property 21,** which, as noted above was generated by the al-Qassam Brigades' Websites during stage three.

### g.  **Virtual Currency Exchange 7**:

73.    The following donor account is located at Virtual Currency Exchange 7:

| Defendant Property # | Account Identifier |
|---|---|
| 166 | Account at Virtual Currency 7 identified by email |

74.     During the approximate period of July 11, 2019 to January 17, 2020, **Defendant Property 166**, an account at Virtual Currency Exchange 7, sent approximately 0.02075 BTC via nine transactions to **Defendant Properties 70, 72, 95, 97, 117, 120,** and **121,** all of which were generated  by the al-Qassam Brigades' Websites during stage three.

### h.   Virtual Currency Exchange 8:

75.     The following donor accounts are located at Virtual Currency Exchange 8:

| Defendant Property # | Account Identifier |
|---|---|
| 167 | 3AwD6c5H2Hp6v73Md7Aon5n6HJU5YoBpDz |
| 176 | 373k2ZQFXVsCtqdFyzRj7zmtsz1aP9dWoZ |

76.     On or about January 25, 2019, **Defendant Property 167**, an account at Virtual Currency Exchange 8, sent approximately 0.02776332 BTC to a BTC address starting with 1KLY. On or about February 1, 2019, BTC address 1KLY sent approximately 0.00287911 BTC to **Defendant Property 1**, which as noted above, was the address used by the al-Qassam Brigades in stage one of the fundraising scheme.

77.     On or about January 31, 2019, **Defendant Property 176**, an account at Virtual Currency Exchange 8, sent a total of approximately 0.01006699 BTC to a BTC address starting with 17Wq.  Less than an hour later, BTC address 17Wq conducted its only transaction, sending approximately 0.00740805 BTC to a BTC address starting with 1DLf.  On or about January 31, 2019, BTC address 1DLf then transferred approximately 0.0028948 BTC to **Target Property 1.**

**i.** **Virtual Currency Exchange 9**:

78.     The following donor accounts are located at Virtual Currency Exchange 9:

| Defendant Property # | Account Identifier |
|---|---|
| 168 | Account number: 11398678 |
| 169 | 1GgELQKEcqn572mvHKtzPBrjZ9L3bpKiLi |
| 170 | Account number: 11436806 |
| 171 | 1Eg7YSoJiqUV7ERsDXiGKExtyJkkXR7NHr |

79.     On or about February 2, 2019, **Defendant Property 168**, an account at Virtual Currency Exchange 9, sent approximately $806.98 worth of virtual currency to **Defendant Property 1,** which as noted above, was the primary al-Qassam Brigades' account for stage one fundraising.

80.     On or about February 7, 2018, **Defendant Property 169**, an account at Virtual Currency Exchange 9, sent approximately 0.24577091 BTC to a BTC address starting with 1L8a. On or about February 1, 2019, BTC address 1L8a sent approximately 0.02905279 BTC to **Defendant Property 1**. Later that same day, BTC address 1L8a sent approximately 0.0286916 BTC to **Defendant Property 4**, the al-Qassam Brigades' fundraising account for stage two.

81.     On or about February 12, 2019, **Defendant Property 170**, an account at Virtual Currency Exchange 9, attempted to send approximately $534.83 worth of virtual currency to **Defendant Property 4**. This transaction failed because it was not conducted using BTC, the only currency accepted by the al-Qassam Brigades in stage two. The donor then converted virtual currency within **Defendant Property 170** into BTC and tried once more to send the BTC to

**Defendant Property 4**.  The potential donor was once again unsuccessful, as Virtual Currency Exchange 9 blocked the transaction as part of its terrorist detection efforts.

82.     On or about March 24, 2019, **Defendant Property 171**, an account at Virtual Currency Exchange 9, sent approximately 0.00196498 BTC to **Defendant Property 16**, which as noted above was generated by the al-Qassam Brigades' Websites during stage three.

**j.   Virtual Currency Exchange 10**:

83.     The following donor accounts are located at Virtual Currency Exchange 10:

| Defendant Property # | Account Identifier |
|---|---|
| 172 | Account number: 5806702 |
| 173 | Account number: 6971221 |
| 174 | 3QRGcu41GN8cGYkp49xrv8VB7prLkokzLk |

84.     On or about February 1, 2019, **Defendant Property 172**, an account at Virtual Currency Exchange 10, sent approximately 0.00012 BTC to **Defendant Property 1.**

85.     On or about February 4, 2019, **Defendant Property 173**, an account at Virtual Currency Exchange 10, sent approximately $5.87 worth of virtual currency to **Defendant Property 1.**

86.     During the approximate period of April 12, 2019 to May 25, 2019, **Defendant Property 174**, an account at Virtual Currency Exchange 10, sent a total of approximately 0.004785 BTC via six transactions to **Defendant Properties 39** and **91**, which as noted above were generated by the al-Qassam Brigades' Websites during stage three.

**k.   Virtual Currency Exchange 11**:

87.     The following donor account is located at Virtual Currency Exchange 11:

| Defendant Property # | Account Identifier |
|---|---|
| 175 | 1Mduu84x4Wm7FWm5vgaNvtk3APhEw1661t |

88.    On or about February 2, 2019, **Defendant Property 175**, an account at Virtual Currency Exchange 11, sent a total of approximately 0.15659642 BTC via two transactions within 15 minutes to a BTC address starting with 182r.  Within an hour, BTC address 182r sent approximately 0.086496 BTC to **Defendant Property 4** and approximately 0.0028812 BTC to **Defendant Property 12**, accounts both generated by the al-Qassam Brigades during the fundraising campaign.

## V.    BUSINESS LINKED TO THE AL-QASSAM BRIGADES' FUNDRAISING SCHEME

89.    Once the al-Qassam Brigades amassed BTC from the above donor accounts in this fundraising campaign, the organization typically converted the virtual currency to traditional fiat currency or exchanged it for something of value, such as a gift card, in order to spend the BTC.

90.    At least one business using **Defendant Property 179** at Virtual Currency Exchange 12, served this purpose for the al-Qassam Brigades, and was linked to the terrorist fundraising scheme, as detailed below.  **Defendant Property 179** conspired to launder monetary instruments.

| Defendant Property # | User ID |
|---|---|
| 179 | 931770 |

91.    Using Blockchain analysis, law enforcement traced at least one "cash-out" transaction from the al-Qassam Brigades to **Defendant Property 179**.  Specifically, on or about

February 14, 2019, approximately 0.066 BTC was sent, collectively,[1] from **Defendant Property 4**, **Defendant Property 8**, and **Defendant Property 9** to a BTC address starting with 1L7N. Within a few hours, BTC address 1L7N sent approximately 0.069 BTC to **Defendant Property 179**, an account at Virtual Currency Exchange 12.

92. On or about October 16, 2017, **Defendant Property 179** was registered to a Turkish national, Mehmet Akti ("Akti") who later told Virtual Currency Exchange 12 that he used the account for the "purchase and sale of cryptocurrency, as well as the provision of services related to this activity."

93. Virtual Currency Exchange 12 records show that Akti operated a prolific virtual currency business from **Defendant Property 179**. Specifically, between October 2017 and March 2019, **Defendant Property 179** was in receipt of approximately 2,328 BTC, 2,296 ETH, and U.S. dollar wires totaling $82.8 million. All of the U.S. dollar wires originated from one bank account. Due to the nature of correspondent bank transactions, these international wires transited from outside the United States into the United States and then back out to the intended destination. Akti then used these U.S. dollar wires to acquire additional virtual currencies, primarily BTC and ETH.

94. During the same period, Akti withdrew large amounts of virtual currency from **Defendant Property 179**, to include approximately 11,228 BTC, 7,063 ETH, 957,109 XRP, and 118,008 EOS. Notably, these withdrawals were sent to over 250 unique cryptocurrency wallet addresses and involved transactions totaling over $90 million. Akti used **Defendant Property 179** to service hundreds of customers for whom he transmitted these funds.

---

[1] BTC transactions can include multiple inputs and outputs. In this example, BTC stored in three separate BTC addresses were collectively sent to one BTC address.

95.     Virtual Currency Exchange 12 records further show that at least six of Akti's customers lived in the United States at the time of the transactions with **Defendant Property 179**, or relied on an account at a U.S.-based virtual currency exchange to use Akti's services.  In total, Akti sent these U.S. nexus customers, approximately 373 BTC from **Defendant Property 179**.

96.     On or about February 25, 2019, Virtual Currency Exchange 12 requested "Know-Your-Customer" ("KYC") information from Akti.  On or about March 8, 2019, Akti provided the requested KYC information.  Three days later, Akti liquidated most of **Defendant Property 179** by transferring almost all of his cryptocurrency to other wallet addresses.

## COUNT ONE – FORFEITURE
### (18 U.S.C. § 981(A)(1)(G)(I))

97.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 96 above as if fully set forth herein.

98.     Hamas is a designated foreign terrorist organization.

99.     The above described scheme involves the fundraising campaign of this designated foreign terrorist organization, and its military wing, the al-Qassam Brigades, to finance terrorism via BTC solicitations involving the **Defendant Properties**.

100.     The Defendant Properties are subject to forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(G)(i), as assets of a foreign terrorist organization engaged in planning or perpetrating any federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and as assets affording any person a source of influence over any such entity or organization.

## COUNT TWO – FORFEITURE
### (18 U.S.C. § 981(a)(1)(A))

101.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 96 above as if fully set forth herein.

102.    The **Defendant Properties** were involved in a conspiracy to launder and the laundering of monetary instruments intended to promote the carrying on of a specified unlawful activity, that is, providing material support or resources to a designated foreign terrorist organization, namely Hamas, in violation of 18 U.S.C § 2339B.

103.    As such, the **Defendant Properties** are subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(A), as property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, or property traceable to such property.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that notice issue on the Defendant Properties as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that a warrant of arrest *in rem* issue according to law; that judgment be entered declaring that the **Defendant Properties** be forfeited for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: May 24, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney


By:          */s/ Brian P. Hudak*
      BRIAN P. HUDAK
      Chief, Civil Division
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2549

*Attorneys for the United States of America*

## **<u>VERIFICATION</u>**

I, Joshua Graham, a Special Agent with the Internal Revenue Service-Criminal Investigations, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct.

Executed on this 24th day of May 2024.

_____*/s/ Joshua Graham*_____

Special Agent Joshua Graham, IRS-CI

**ATTACHMENT A:**

VIRTUAL CURRENCY EXCHANGE ACCOUNTS

Accounts at Virtual Currency Exchange 1:

| Defendant Property # | Account Identifier |
|---|---|
| 1 | 3PajPWymUexhewHPczmLQ8CMYatKAGNj3y |
| 2 | 3LrjAKNfnyX2BGmor6ZNxvZutM1Q3KEejZ |
| 3 | 1HrPF5CPqJiWbkroxheU5LcHL7bZNDi76v |
| 131 | 17cZ7CBhSPHn2gDkfNgrwNmHFDDHX7zC6q |
| 132 | 1J6665h8Njpva6crm1VSFwW8BToNFxaPxz |
| 133 | 1GeLggwn8GqtTW6CYFUwerybHkzcNqPqaX |
| 134 | 1Jp1Kwn43qzHWt7bGMdgZS9ZPbTi7rK9AY |
| 135 | 1MgudcZEMXpB8uXUswuGHgDBTNmUZ8ZkZD |
| 136 | 1PmAgUZXVvKMRcS37Hu2XVqdkovKG8ZPTk |
| 137 | 1FUgt1eY69Ric3oaqtNK1xUex7dqph1eEv |
| 138 | 3HB3GQhNxjfvPYKBYfUZwUVpSatqE8tHBb |
| 139 | 3QqerQBe5duLc9YwqvKvDPAc3TJZxcfrsw |
| 140 | 3E8yaNXEKQnnFMvnyyrwxaM9DaqNxHpFzP |
| 141 | 3FeZrRq9nisxeR4RxBdj4DnhJSsABtGBAC |
| 142 | 119Yw1qsUihJmBu68gcqgN36CrGy92d4aNX |
| 143 | 32sVYnjTbnULtPKT8wuSNc7mzdwyuDDuAr |

Accounts at Virtual Currency Exchange 2:

| Defendant Property # | Account Identifier |
|---|---|
| 144 | 13gGNrqWGPN5XxYNnceWEgGykuHuaFhPFM |
| 145 | 1LuGcrfVyQ8KK1QuQysZcgoRtg7nuU55DH |
| 146 | User ID: 35764207 |
| 147 | 1DjYVV19zAuJPcXjn44is2CsAn4sW4it5W |
| 148 | 15WrJ9vkvw46HGaD9PKpDLkGD6MCX8CEVR |
| 149 | 14sXBGZZzeunJuyyA1fJY4tKyC5RM7WYTP |
| 150 | 1LGcSmCwR2eMurxgwLeJtV9iRoLHCVNv3G |
| 151 | 1Fyyfqjo4pvxwv6yqW5FrzrNspsYrX6ErX |
| 152 | User ID: 20920319 |
| 153 | 1P49duqmF5PwRSEpmL13F9QS8y3jVe4zjW |
| 154 | 1BU8uxGuoFeATAey8XG91Q6Ux23tTTeYyx |
| 155 | 1DPuLoyzjjTsbGFNcWFu7eK52uYg1qFHtr |
| 157 | User ID: 22237397 |
| 158 | 1XD6XifgGCsvcGBUzXqpNNnvC5j3y8gey |
| 159 | 133sCL2aCviV8N1TLngFGco7CDhHDmwChR |
| 160 | 1A55bZqCNtFgASJHG4FxTNiAsU3jTt7DVo |
| 161 | 1B7etAU8bG848QNXJjpe9XH9a1WrcWFm2Q |

Account at Virtual Currency Exchange 3:

| Defendant Property # | Account Identifier |
|---|---|
| 156 | 34vKeiCwwu5guBZhr4J8RbnKTus8q1j7Sa |

Accounts at Virtual Currency Exchange 4:

| Defendant Property # | Account Identifier |
|---|---|
| 162 | 3A2KA243cB17yFFWEcWqffTi3c9CAvq8Dh |
| 163 | 3JXrtFWn7kaoz75bPqD23kPpMtKZiK3j2w |

Account at Virtual Currency Exchange 5:

| Defendant Property # | Account Identifier |
|---|---|
| 164 | 35Yn5sRoasPArcXhN3Uz2HANn34rYg7ihG |

Account at Virtual Currency Exchange 6:

| Defendant Property # | Account Identifier |
|---|---|

| 165 | 31mT7hQ7V6B58hfNVJchZTXP7gANpZjUjK |
|---|---|

Account at Virtual Currency Exchange 7:

| Defendant Property # | Account Identifier |
|---|---|
| 166 | Account at Virtual Currency 7 identified by email address |

Accounts at Virtual Currency Exchange 8:

| Defendant Property # | Account Identifier |
|---|---|
| 167 | 3AwD6c5H2Hp6v73Md7Aon5n6HJU5YoBpDz |
| 176 | 373k2ZQFXVsCtqdFyzRj7zmtsz1aP9dWoZ |

Accounts at Virtual Currency Exchange 9:

| Defendant Property # | Account Identifier |
|---|---|
| 168 | Account number: 11398678 |
| 169 | 1GgELQKEcqn572mvHKtzPBrjZ9L3bpKiLi |
| 170 | Account number: 11436806 |
| 171 | 1Eg7YSoJiqUV7ERsDXiGKExtyJkkXR7NHr |

| 178 | 1JJrTJgxSNqEPDrRBogD7odjvCwuog9Cqb |
|-----|------------------------------------|

Accounts at Virtual Currency Exchange 10:

| Defendant Property # | Account Identifier |
|----------------------|--------------------|
| 172 | Account number: 5806702 |
| 173 | Account number: 6971221 |
| 174 | 3QRGcu41GN8cGYkp49xrv8VB7prLkokzLk |

Accounts at Virtual Currency Exchange 11:

| Defendant Property # | Account Identifier |
|----------------------|--------------------|
| 175 | 1Mduu84x4Wm7FWm5vgaNvtk3APhEw1661t |
| 177 | 1D9jDMKhss9vtmeRWeBA6tmts52JoQyezk |

Accounts at Virtual Currency Exchange 12:

| Defendant Property # | User ID |
|----------------------|---------|
| 179 | 931770 |

VIRTUAL CURRENCY ADDRESSES

| Defendant Property # | Virtual Currency Address |
|---|---|
| 4 | 17QAWGVpFV4gZ25NQug46e5mBho4uDP6MD |
| 5 | 1KDFQFnFfy9gJgXF18U3vpfeJQAeixPp1K |
| 6 | 1HQhQfFPesW8znZdsdizHnA8ggvtc6NJ4k |
| 7 | 1AW9z69zW2Wpg5i2gFs9YzkvZLjzDNx5VG |
| 8 | 14EwXyqiB3yVLDJ1zVNevvEDpyyhBdnzjk |
| 9 | 14S3GUHsqSY2am6yCPqEhb72sECUUbnRtE |
| 10 | 14dRMzjmatz7zkc7iRYaitMvw4YPxXJYHf |
| 11 | 1JJQceg2YZuCsJxUvAAVwU2YH4wDwxQoy6 |
| 12 | 1EQFWyM1gTus8cnuwHQErnaED3um1py2pF |
| 13 | 19ncZQTCBfvfW5bsM7v3Pe7t6nzu4GZy4r |
| 14 | 31hnjnw7Xe8e183u2qffHt4qpLFLfergmF |
| 15 | 31idyYGpkmev8S1Kve8TvHExYdFeDM2saV |
| 16 | 31iUH4sRXJt9F8MnnpVY1HAxUZ1qZQ4Z7x |
| 17 | 31iZbakXU1arYMMyiCgceipKjUxCF19N5j |
| 18 | 31jbxdhDYxkB6ULhsk7VMLsNB3KQgTREUZ |
| 19 | 31k6eLZLTP1adv7EqZNkbnd8Jm1oHnULuP |
| 20 | 31mnD8FtBVyHh6CCFsUwiTFHuu6RMTCjcR |
| 21 | 31mUJqpqH8HLsGaxMdARTgdPHkbWbq2yuQ |
| 22 | 31n5MTyfWEFFm7pXf7e9Qt2i5Ec8jKA1py |
| 23 | 31nob3VbXpByQZBuvHdFF1vcwjBoSd1xJF |

| 24 | 31o5C1u66MjVZMrcJHzHYuQFk9XuDUznqX |
|----|-------------------------------------|
| 25 | 31osZ4w7nPC2wbezG3fhu7fraUNBeEfdyA |
| 26 | 31ot27eWxmxbQtVWmpiSyuakJNKqwc4uSZ |
| 27 | 31otG9J9PWZ5GuUaAFVwuzP5nrAX6sVNh8 |
| 28 | 31p9vft5AqYgt7uPxTXCis97zHE2E8RkTG |
| 29 | 31pmPV1XpevjEUzPtmr5sDXm8s4YzTyaS2 |
| 30 | 31pWw13YTX5h9EY6T5hjcRDT4bDF6cQMXR |
| 31 | 31pYNazDxCwnhAyVCNqpELTE66qi4KcEA5 |
| 32 | 31qeJQa6Y6LL74HDBe5ZkuE7GxfMvUAh7t |
| 33 | 31qk3S4hqj5KfedbVo45nFdvrXQ6TnYtY2 |
| 34 | 31qMgW6GideWcAHTdYf4GN3UEKEzVTP6jb |
| 35 | 31qv732ydN8kbUyLYbv5QBNDyHRbRqL5wo |
| 36 | 31rbKDq1pwA1GLHwa82cySVrkTo1R6htMK |
| 37 | 31rhvmw3BPW9bYXvV6RJ4ZuwgUP2QbN6Wp |
| 38 | 31rQoLSQkVa2SQhgRByhrM5e69KaKPntpp |
| 39 | 31rZQb9DM2Fz5Yqi47UTsZ3FttETRAvbeu |
| 40 | 31s1NZm8S16JsedBDJcSX815ikhNCkro28 |
| 41 | 31spTrrz7g2nCtf7JPVFrsAwiQi6SGJygU |
| 42 | 31tKBTcV4bWYLEXzSwByPuJWmEnWkNUXNs |
| 43 | 32LjBurh7tKVpxmhhEhfPUnKYzV7jxzane |
| 44 | 33mskKAPj8RVaFcSaCDtWtpCQYNCp4dFLw |
| 45 | 344Aycb4ZzEZXEF26qgbGrfYjFEqMJbN6F |
| 46 | 38vt9RRxHJboCyFbTieWT1sFKxbacKeBgg |

| 47 | 3AHkpUF4zgvxVxRPKNrTQyo4NrZ1PH8x5Z |
|---|---|
| 48 | 3CafimPzKw8ZhXQyQjojD2GDNpwsaQb12J |
| 49 | 3DTLocTRA6s4LyZGnSN5g4aRfLd8FVaxHh |
| 50 | 3Ea4umPPeQGELifMTXWmkJAZCzijBuYtVm |
| 51 | 3EaD7SfNXda1LujuB1fyi8mzuA1qmrsUAq |
| 52 | 3EaGnTmpjGYRSV2KAkrgP6zg2uhPHAw15o |
| 53 | 3EaKhQrXE2oZ6b74H7ML2SipNU7cdXhqDz |
| 54 | 3EaPVCEnRRWZ96qJR8p6JgvgeTmGshvZRy |
| 55 | 3EbyqWHMMzE96mMmB6bASnXsaGinwq7now |
| 56 | 3EciaU3UgTycJvmD2KC4YG4NBoh6fqpZFU |
| 57 | 3EcQ7XQXQiSS27LgV3hrvsXFntN7GxAxzf |
| 58 | 3EdXMhAWLKg7PJfLbEKRCMm8Ldm6dsZDzT |
| 59 | 3EeAr4pt2n9wjeFWY5XXTK1AGcmfTLG2hB |
| 60 | 3Eein3xzdKxrvKQQJp5Y5H8cbqrhoEKW1N |
| 61 | 3EekremuSe1bnR43w9nZMG2W7YMkbvgPEa |
| 62 | 3EemNUbRZoov3jp38BZuAJhSXxnSKQRN9F |
| 63 | 3EeNxvKupEyozjPEvoccaZBQN2TVTgndgP |
| 64 | 3EeqkFMzUEPMpB4PZeDe1yHBmLVSiQ6QdX |
| 65 | 3EeyeaD1YXwrkQGeYgo7QsoJi9tL9CZrxw |
| 66 | 3EfH1Jk9JBqu6cHqXWUysRiM16HS5bjeK6 |
| 67 | 3EfKyF6eCRVTmvoMXPk8jUgDWfMXXAhhVq |
| 68 | 3EfUV43ULkkxsezDDbfnh9acBWhCNXQw3p |
| 69 | 3EfYuiuGvoU6quCSD7RNHBQAngqkfjtu75 |

| 70 | 3EfzSMeN4ds6HXTWP4FZeVZynJTSvvtUgN |
|----|-------------------------------------|
| 71 | 3EgLDToL4NS51KC7LzY8rw6CsLeaoUVzzz |
| 72 | 3Egn1PtQuctJViaK5E9gn2BYUZ9vkoyhQY |
| 73 | 3Egrrh9KgqYYnwoTic2mGrNNqUg7H2xMzt |
| 74 | 3EguPmkenPJa5ezKgRi41nnnz7JwUvexfy |
| 75 | 3EWxNDQg52QH7ZXrAfxU22T5XyKCtxUG8Q |
| 76 | 3EX4bu9vjudVXnFEXJq7pRW7qboPLPcCpU |
| 77 | 3EX9MLM6pTK6nvajFj4woTx2nT7NXBXrLZ |
| 78 | 3EXBCqAR9jW2XJsGK6pAifLhZrg76vDJxF |
| 79 | 3EXUxdgs5JjmBTvhpCCtyYXveHXW9Ykxmc |
| 80 | 3EXzujBDN5cVDeRgysMpQjyK8AZ3eZ7m5L |
| 81 | 3EY8Ln5c51jwY4x7pKroCETEAK6Ch4EDVu |
| 82 | 3EYc9agtyf5xjdX6gjXNXQVvxUb3UNtTzc |
| 83 | 3EYwWQxei7iFczcr99LcJAa5pFtFdyQrYX |
| 84 | 3EZ6VeppfgZc3bGuefA7V5g17i9BnnNVWD |
| 85 | 3EZetpgN7K5jow7sv9dKQZ2tL6JfNJU4Hy |
| 86 | 3EZf21ULWjqpLDtzJU1qbfqxgHqaPDpdUD |
| 87 | 3EZfMVxWBNBUm23HUvvaQXcET3WbkR34oS |
| 88 | 3EZG4CNSAiDchj5mU5NehxtqVZgJqj3tuN |
| 89 | 3EZQYLt6XAaWgwqm6PUHAKPGcfNtt3oY6T |
| 90 | 3EZvc5LA6WjchP7VWY3BohXZ6u73xo3WcE |
| 91 | 3EZx1DuWqwuRhErsoZJva2ibp8FUuYjBvC |
| 92 | 3Fq8LkKoJU61MVqL7HJiPR3ecEpxEmqKkU |

| | |
|---|---|
| 93 | 3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR |
| 94 | 3FqsDefk77P9jQKbnM9qyQiyF13JFYcHTR |
| 95 | 3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ |
| 96 | 3FqV49yKKscsMV3JLmEX6NBm92bdZB83SZ |
| 97 | 3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW |
| 98 | 3Fr2ejXvkk7ccWx4of2TTBkkN4Z8PhmBkW |
| 99 | 3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev |
| 100 | 3Fr4DFkumQffMD9crpSxSP4oQ2dQRA75Ev |
| 101 | 3Fr9hEMfYCnRoNyd9wEBJPMVgSEgVRxFXT |
| 102 | 3FraSMiSHqntVAxiAiaPaD2z2K1YMvmSu9 |
| 103 | 3Freatgh7mpUhSjvrzUvDR4kR23ERYu3Gz |
| 104 | 3FrfgNJ6cMoLt4DvSokLRWJYhs3iR58uG6 |
| 105 | 3FrGKydHtTg1mgrwzaBdCF2TLq6dne7sQW |
| 106 | 3FrgLnW4DQWJQXkaHQm1rvH4GFk7MPpRzy |
| 107 | 3Frh4A8Tecb1YFsf9T64TCvE6XCqv17Mse |
| 108 | 3FricPpCwRFkL7zvYBKNEYMGUQp5F7Qj47 |
| 109 | 3FrP22X7MGdQZX66FHDPsrMvGoxFzFxxSD |
| 110 | 3FrPk5dAyqSpvs1bM43hRFHwHVmnosHw3B |
| 111 | 3FrRV3hZKuBJmd9oEHuwPbq4Dq1f49yzus |
| 112 | 3FrS1Vm2Vha1JrMTrGiyCxpwjvEx27cfS8 |
| 113 | 3FrSvZWjvDSGrRDPG6fdwEEEsUkrY65ZU7 |
| 114 | 3FrTayH9wkCnNkTTkfuqx7SVQQzzCQd5Cp |
| 115 | 3FrUtZ3dXoGNDWejDbXanYEfZR56JyiLsT |

| 116 | 3FrVsAxKhtau1kcjVY8iXQNo2i1uZD6orS |
|-----|-------------------------------------|
| 117 | 3FrZphLBUTm9aTiXhnZTA3piVJ4oTxjpBU |
| 118 | 3FtDtZdVMY53Jjk8fCPxydXb633jFdj3wo |
| 119 | 3FtHfUNd2zgSY8FNW4Aq2f88wwSYiyVacg |
| 120 | 3Ftpn5gXf79Zurdf7PYGfQZiipgVqEiUkg |
| 121 | 3FvrNAv5KaEWVA7o8JJKFqeCfCP28JqRDt |
| 122 | 3FvV3xyheg6BWAjX8Yy6dcENRfmhMnAZ6a |
| 123 | 3Fw3NTwtmk8zQuwg6s2FPniXWPKirfqAgP |
| 124 | 3FWSkG5NmyXF3rqMav7piXiJUDYzKpgFRT |
| 125 | 3JaDQWNPyysYRcNNQxgkwSUpApXvn3XkBW |
| 126 | 3La8eKaybxVeBLDxGNSyydVRoX9ZxjrDCW |
| 127 | 3LhP8JYJ77cj2eVXBasY92Z6omTyRbUdbh |
| 128 | 3Ngo99WAQieMEJGf5WJz2ycH1reFkjd6yg |
| 129 | 3QGyLXfEdN1iPt21toAf4qhM4zQ8zsDMMy |
| 130 | 3Qms9Dk4ViL2LNfup8J5fYLXYCWsXj43Qa |

ACCOUNTS AT FINANCIAL INSTITUTION 1

| Defendant Property # | Account Ending | Email Address |
|----------------------|----------------|---------------|
| 181 | 40816 | Hamas Email 1 |
| 182 | 17365 | Hamas Email 1 <br> Hamas Email 2 |

| 183 | 01709 | Hamas Email 2 <br><br> Hamas Email 3 |
|-----|-------|-------------------------------------|
| 184 | 08539 | Hamas Email 4 |
| 185 | 52104 | Hamas Email 4 |

DOMAIN NAMES

| Defendant Property # | Account Ending |
|----------------------|----------------|
| 186 | alqassam.net |
| 187 | alqassam.ps |
| 188 | qassam.ps |