UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>    Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>    Claimant,<br><br>    - and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>    Claimants. | Civil Action No. 20-2227 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' motion for leave to amend, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED;

ORDERED that the Clerk of the Court shall docket the United States' proposed amended complaint (Ex. A to its Motion) as the operative complaint in this action;

ORDERED that the United States shall promptly arrange for the return of Defendant Property 180 to its status quo before its seizure in connection with this action;

ORDERED that all pending motions (ECF Nos. 54, 55, 56, 59) are DENIED WITHOUT PREJUDICE as moot; and it is further

- 2 -

ORDERED that the parties to this action shall meet and confer and within thirty days of this order file a joint status report with proposals for further proceedings in this action.

SO ORDERED:

_____            _____
Dated                                                                           RUDOLPH CONTRERAS
                                                                                          United States District Judge