UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

---

Civil Action No. 1:20-cv-02227-RC

### THE WEINSTOCK CLAIMANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT

Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin ("Weinstocks") hereby respectfully move to extend their time to oppose the Government's Motion for Leave to Amend (DE 62) until June 24, 2024, and to extend the Government' time to file its Reply in further support of the motion to amend until July 8, 2024. In support of this motion the Weinstocks state as follows:

1) Pursuant to the Court's order of May 2, 2024, the Weinstocks' opposition to the motion to amend is due June 14, 2024, and the Government's reply is due on June 28, 2024.

2) Unfortunately, the Weinstocks' undersigned counsel has been unwell for several weeks, and as a result has been unable to work at regular capacity. As a result, he requires additional time to complete the Weinstocks' opposition papers.

3) The Court's May 2, 2024 order provided the Government's reply would be due on June 28, 2024, i.e., two weeks after the Weinstocks' opposition. Since the Weinstocks are

1

2

requesting a 10-day enlargement of their time, the Government should be granted a corresponding extension of time to file its reply, i.e., until July 8, 2024.

      4)    Counsel for the Government has informed the undersigned that he does not oppose this motion.

      WHEREFORE, the instant motion should be granted.

Dated: June 14, 2024                        Respectfully submitted,

                                         By: /s/ Asher Perlin
                                         Asher Perlin
                                         LAW OFFICE OF ASHER PERLIN
                                         Bar I.D. FL0006
                                         4600 Sheridan Street, Suite 303
                                         Hollywood, Florida 33021
                                         786-687-0404
                                         asher@asherperlin.com

                                         Counsel for the Weinstock Claimants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on June 14, 2024, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

Counsel for the Weinstock Claimants