UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

Civil Action No. 1:20-cv-02227-RC

---

**[Proposed]
ORDER**

For the reasons set forth in the Weinstock Claimants' Unopposed Motion for an Enlargement it is hereby

ORDERED that the Weinstocks' opposition to the United States' Motion for Leave to Amend (DE 62) shall be filed on or before until June 24, 2024, and the United States' reply in further support of its motion shall be filed on or before July 8, 2024.

SO ORDERED

Date:

_____
United States District Judge