# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

Civil Action No. 1:20-cv-02227-RC

**[Proposed]**
**ORDER**

It is hereby ORDERED that the Government's Motion for Leave to Amend (DE 62) is DENIED in part and GRANTED in part, and it is FURTHER ORDERED that

1) The Government's request for an order "direct[ing] the United States to take prompt efforts to return Defendant Property 180 to its status quo before it was seized in connection with this action" is hereby DENIED;

2) The Government's requests to amend its complaint, to deny all pending motions without prejudice, and to direct the parties to meet and confer on a schedule to govern further proceedings in this action is hereby GRANTED; and

3) Within 21 days of the entry of this Order, the parties shall file a joint status report containing a proposed schedule to govern further proceedings in this action.

**SO ORDERED**

Date:

                                                                                    United States District Judge