UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

          Defendants.

_____

Civil Action No. 1:20-cv-02227-RC

## THE WEINSTOCK CLAIMANTS' SUPPLEMENTAL NOTICE

On July 9, 2024, the Weinstocks filed a "Notice Regarding the Government's Reply," in which they informed the Court of their intent to move for leave to file a sur-reply to the Government's reply brief, on or before July 22, 2024. (DE 66).

Sadly, on July 14, 2024, the Weinstocks' undersigned counsel lost his mother. The undersigned then observed the traditional Jewish 7-day mourning period ("*shivah*") for his mother. During that one-week period, the undersigned was unable to conduct any work-related activities. As a result, the undersigned requires an additional week, *i.e.*, until July 29, 2024, to complete and file the Weinstocks' motion for leave to file a sur-reply.

Therefore (unless the Court directs otherwise), the Weinstocks will move for leave to file a sur-reply to the Government's reply, on or before July 29, 2024.

2

Dated: July 22, 2024                        Respectfully submitted,

                                            By:  /s/ Asher Perlin
                                            Asher Perlin
                                            LAW OFFICE OF ASHER PERLIN
                                            Bar I.D. FL0006
                                            4600 Sheridan Street, Suite 303
                                            Hollywood, Florida 33021
                                            786-687-0404
                                            asher@asherperlin.com

                                            Counsel for the Weinstock Claimants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on July 22, 2024, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

Counsel for the Weinstock Claimants