UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

---

Civil Action No. 1:20-cv-02227-RC

[Proposed]
**ORDER**

For the reasons set forth in the Weinstock Claimants' Motion to File a Surreply it is hereby ORDERED that the Weinstocks may file the proposed Surreply attached to their Motion.

**SO ORDERED**

Dated:

_____
United States District Judge

1