UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>    Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>    Claimant,<br><br>- and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>    Claimants. | Civil Action No. 20-2227 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Weinstock Claimants' motion for leave to file a surreply (ECF No. 68), and the United States' response thereto, and the entire record herein, it is hereby

ORDERED that the Weinstock Claimants' motion is DENIED for failing to comply with Local Civil Rule 7(m).

SO ORDERED:

_____  _____
Dated                                                                        RUDOLPH CONTRERAS
                                                                         United States District Judge