UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

Civil Action No. 1:20-cv-02227-RC

---

**[Proposed]**
**ORDER**

For the reasons set forth in the Weinstock Claimants' Unopposed Motion for an Extension of Time, it is hereby

ORDERED that the Motion is GRANTED. The Weinstocks' reply in support of their motion to file a surreply shall be filed on or before until August 27, 2024.

SO ORDERED

Date:

_____
United States District Judge