UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

       v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

        Defendants.

_____

Civil Action No. 1:20-cv-02227-RC

### THE WEINSTOCK CLAIMANTS' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin ("Weinstocks") hereby respectfully move to extend until August 30, 2024 their time to file a reply in support of their motion for leave to file a surreply (DE 68). In support of this motion the Weinstocks state as follows:

    1)      On July 30, 2024, the Weinstocks moved for leave to file a surreply responding to the Government's reply in support of its motion for leave to amend. DE 68.

    2)      On August 13, 2024, the Government filed its memorandum in opposition to the Weinstocks' motion for leave to file a surreply. DE 69.

    3)      The Weinstocks' reply to the Government's opposition was due on August 20, 2024. But due to illness of the Weinstocks' undersigned counsel, they moved for, and the Court granted, an extension of time until August 27, 204 to file their reply.

    4)      Unfortunately, the Weinstocks' counsel requires additional time to complete the reply memorandum.

2

5) Accordingly, the Weinstocks respectfully request an additional brief extension of time – until Friday, August 30, 2024 to file the reply.

6) Counsel for the Government consents to the requested extension of time.

WHEREFORE, the instant motion should be granted.

Dated: August 26, 2024                                 Respectfully submitted,

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

*Counsel for the Weinstock Claimants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on August 26, 2024, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

*Counsel for the Weinstock Claimants*