# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Civil Action No.:   20-2227 (RC) |
| : | |
| v.                                                                : | Re Document No.:   54, 62, 68 |
| : | |
| : | |
| FIFTY-THREE VIRTUAL CURRENCY     : | |
| ACCOUNTS, *et al.*,                                     : | |
| : | |
| Defendants.                                : | |

## ORDER

### GRANTING THE WEINSTOCK CLAIMANTS' MOTION FOR LEAVE TO FILE A SURREPLY; GRANTING THE GOVERNMENT'S MOTION TO AMEND; AND DENYING AS MOOT CLAIMANT KARATAS'S MOTION TO STAY DISCOVERY

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Weinstock Claimants' motion for leave to file a surreply (ECF No. 68) is **GRANTED**, the Government's motion to amend/correct the Complaint (ECF No. 62) is **GRANTED**, and Claimant Karatas's motion to stay discovery (ECF No. 54) is **DENIED AS MOOT**.  However, it is hereby **ORDERED** that the return of Defendant Property 180 shall be **STAYED** for thirty days from this Order, which will give the Weinstock Claimants an opportunity to seek any appeal and a further stay from the Circuit.

   **SO ORDERED**.

Dated: November 19, 2024                                                           RUDOLPH CONTRERAS
                                                                                                   United States District Judge