UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

    Defendants.

Civil Action No. 1:20-cv-02227-RC

**STATEMENT OF MATERIAL FACTS AS TO WHICH
THE WEINSTOCK CLAIMANTS CONTEND THERE IS NO GENUINE ISSUE**

Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin contend that there is an insufficient factual basis to permit this Court to exercise personal jurisdiction, consistent with the Due Process Clause of the Fifth Amendment, over the *res* and/or the owners of the *res* that are the subjects of the United States' Amended Verified Complaint for Forfeiture *in Rem.*

Dated: December 8, 2024

Respectfully submitted,

By: /s/ Asher Perlin
Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

*Counsel for the Weinstock Claimants*