## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

          Defendants.

_____

Civil Action No. 1:20-cv-02227-RC

### **NOTICE OF APPEAL**

Notice is hereby given that Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin ("Weinstock Claimants") appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and the Memorandum Opinion entered by United States District Judge Rudolph Contreras, both dated November 19, 2024 (ECF Nos. 73 and 74), which, among other things, granted the Government's motion to amend its complaint (ECF No. 62) and denied as moot Claimant Karatas' motion to stay discovery (ECF No. 34).

The Weinstock Claimants herein appeal from each and every part of the aforementioned Order and Memorandum Opinion, and from any and all other orders entered in this proceeding rendered appealable by entry of the aforementioned Order and Memorandum Opinion.

Dated: December 8, 2024                        Respectfully submitted,

                                              /s/ Asher Perlin _____
                                              Asher Perlin
                                              Bar I.D. FL0006

LAW OFFICE OF ASHER PERLIN
4600 Sheridan Street
Suite 303
Hollywood, Florida 33021
(786) 233-7164
asher@asherperlin.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on December 8, 2024, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

*Counsel for the Weinstock Claimants*