UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>　　　　Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>　　　　Claimant,<br><br>　- and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>　　　　Claimants. | Civil Action No. 20-2227 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' unopposed motion to extend, and the entire record herein, it is hereby

ORDERED that the United States' unopposed motion is GRANTED;

ORDERED that all currently pending filing deadlines in this action are extended until twenty-one days after the D.C. Circuit formally disposes of the Weinstock Claimants' appeal through a mandate or otherwise.

SO ORDERED:

_____          _____
Dated                                                                          RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge