# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS,**<br><br>**ONE HUNDRED TWENTY-SEVEN VIRTUAL CURRENCY PROPERTIES,**<br><br>**FIVE ACCOUNTS HELD AT FINANCIAL INSTITUTION 1,**<br><br>**THE ALQASSAM.NET DOMAIN,**<br><br>**THE ALQASSAM.PS DOMAIN,**<br><br>**THE QASSAM.PS DOMAIN**<br><br>    **Defendants.** | **Civil Action No. 20-CV-2227** |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Rick Blaylock Jr., at telephone number 202-252-6765, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

                        Respectfully submitted,

                        EDWARD R. MARTIN, Jr.
                        United States Attorney
                        D.C. Bar No. 481866

By: */s/ Rick Blaylock Jr.*
     RICK BLAYLOCK JR.
     Assistant United States Attorney
     Asset Forfeiture Coordinator
     Texas Bar Number 24103294
     United States Attorney's Office
     601 D Street NW
     Washington, D.C.  20530
     Telephone: 202-252-6765
     Email: rick.blaylock.jr@usdoj.gov