**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) |
| **Plaintiff,** | ) <br> ) <br> ) |
| v. | ) <br> ) <br> ) |
| **FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS,** | ) <br> ) <br> ) |
| **ONE HUNDRED TWENTY-SEVEN VIRTUAL CURRENCY PROPERTIES,** | ) <br> ) <br> ) |
| **FIVE ACCOUNTS HELD AT FINANCIAL INSTITUTION 1,** | ) <br> ) <br> ) **Civil Action No. 20-cv-2227** |
| **THE ALQASSAM.NET DOMAIN,** | ) <br> ) <br> ) |
| **THE ALQASSAM.PS DOMAIN,** | ) <br> ) |
| -- and – | ) <br> ) |
| **THE QASSAM.PS DOMAIN** | ) <br> ) |
| **Defendants.** | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the foregoing Declaration of Publication, be made part of the record in this case.

        Respectfully Submitted,

        EDWARD R. MARTIN JR.
        UNITED STATES ATTORNEY
        D.C. Bar No. 481866


By: */s/ Rick Blaylock Jr.*
        RICK BLAYLOCK JR.
        Assistant United States Attorney
        Asset Forfeiture Coordinator
        Texas Bar Number 24103294
        United States Attorney's Office
        601 D Street NW
        Washington, D.C.  20530
        Telephone: 202-252-6765
        Email: rick.blaylock.jr@usdoj.gov