# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5280**  **September Term, 2024**

1:20-cv-02227-RC

**Filed On: May 6, 2025** [2114612]

United States of America,

    Appellee

  v.

Fifty-Three Virtual Currency Accounts, et al.,

    Appellees

Sharon Beth Weinstock, et al.,

    Appellants

## **M A N D A T E**

In accordance with the order of March 12, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

  BY:    /s/
            Daniel J. Reidy
            Deputy Clerk

Link to the order filed March 12, 2025