UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>    Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>    Claimant,<br><br>    - and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>    Claimants. | Civil Action No. 20-2227 (RC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the United States' motion to strike the claim and answer filed by the Weinstock Claimants and to dismiss their counterclaim, and the Weinstock Claimants' motion for summary judgment, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED;

ORDERED that the claim filed by the Weinstock Claimants (ECF No. 11) and their operative answer (ECF No. 75) are STRICKEN;

ORDERED that the Weinstock Claimants and any claims they bring in this suit are DISMISSED; and it is further

ORDERED that the Weinstock Claimants motion for summary judgment (ECF No. 76) is DENIED as moot.

- 2 -

SO ORDERED:

_____   _____
Dated                                                                                           RUDOLPH CONTRERAS
                                                                                                         United States District Judge