UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

---

Civil Action No. 1:20-cv-02227-RC

### THE WEINSTOCK CLAIMANTS' CONSENT MOTION FOR AN ENLARGEMENT

Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin ("Weinstocks") hereby respectfully move, with the consent of the Government and Claimant Husamettin Karatas:

    a)    To extend until June 20, 2025, their time to oppose the Government's and Mr. Karatas' Motions to Strike (DE 85, 87), and to file a Reply in further support of their Motion for Summary Judgment; and

    b)    To extend until July 7, 2025, the Government's and Mr. Karatas' time to file replies in further support of their Motions to Strike.

In support of this motion the Weinstocks respectfully state as follows:

    1)    Pursuant to the Court's order of April 15, 2025, the Weinstocks' Opposition to the Government's and Mr. Karatas' Motions to Strike (DE 85, 87) and Reply in further support of their Motion for Summary Judgment, are due on June 13, 2025.

2)      During the past 10 days, the Weinstocks' undersigned counsel has been constrained to deal with a number of unexpected and unavoidable professional and personal matters, which were very time-consuming. As a result, counsel requires and respectfully requests an additional week, i.e. until June 20, 2025, to complete the Weinstocks' opposition and reply papers.

3)      The Court's order of April 15, 2025, order also provided that the Government's and Mr. Karatas' replies in further support of their Motions to Strike are due on June 27, 2025. Since the Weinstocks are requesting a one-week enlargement of their time, the Government and Mr. Karatas should be granted a corresponding extension. But since a one-week extension would make their reply deadline the Fourth of July, 2025, the Government and Mr. Karatas should be granted an extension until July 7, 2025.

4)      Counsel for the Government and for Mr. Karatas have informed the undersigned that they consent to this motion.

WHEREFORE, the instant motion should be granted.

Dated: June 12, 2025                              Respectfully submitted,

                                                  By: /s/ Asher Perlin
                                                  Asher Perlin
                                                  LAW OFFICE OF ASHER PERLIN
                                                  Bar I.D. FL0006
                                                  4600 Sheridan Street, Suite 303
                                                  Hollywood, Florida 33021
                                                  786-687-0404
                                                  asher@asherperlin.com

                                                  Counsel for the Weinstock Claimants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on June 12, 2025, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

Counsel for the Weinstock Claimants