UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

        Defendants.

Civil Action No. 1:20-cv-02227-RC

**[Proposed]**
**<u>ORDER</u>**

For the reasons set forth in the Weinstock Claimants' Consent Motion for an Enlargement, it is hereby Ordered that

    a)   The Weinstocks' time to oppose the Government's and Mr. Karatas' Motions to Strike (DE 85, 87), and to file a Reply in further support of their Motion for Summary Judgment, is extended until June 20, 2025; and

    b)   The Government's and Mr. Karatas' time to file replies in further support of their Motions to Strike is extended until July 7, 2025.

**SO ORDERED**

Dated:

                                                                        _____
                                                                        United States District Judge