UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

        Defendants.

---

Civil Action No. 1:20-cv-02227-RC

### THE WEINSTOCK CLAIMANTS' SECOND CONSENT MOTION FOR AN EXTENSION OF TIME

Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin ("Weinstocks") hereby respectfully move, with the consent of the Government and Claimant Husamettin Karatas:

    a)    To extend until June 23, 2025, their time to oppose the Government's and Mr. Karatas' Motions to Strike (DE 85, 87), and to file a Reply in further support of their Motion for Summary Judgment; and

    b)    To extend until July 9, 2025, the Government's and Mr. Karatas' time to file replies in further support of their Motions to Strike.

In support of this motion the Weinstocks respectfully state as follows:

    1)    Pursuant to the Court's order of April 15, 2025, the Weinstocks' Opposition to the Government's and Mr. Karatas' Motions to Strike (DE 85, 87) and Reply in further support of their Motion for Summary Judgment, were originally due on June 13, 2025.

2) On June 12, 2025, the Weinstocks moved for a one-week extension of time to file their papers (D.E. 89). On June 13, 2025, the Court entered a minute order granting the Weinstocks' motion.

3) As discussed in the Weinstocks' previous motion, during the past two weeks, the Weinstocks' undersigned counsel has been constrained to deal with a number of unexpected and unavoidable professional and personal matters, which were very time-consuming.

4) As a result, counsel requires and respectfully requests one additional business day, i.e. until Monday, June 23, 2025, to complete the Weinstocks' opposition and reply papers.

5) The Court's order of June 13, 2025, order also provided that the Government's and Mr. Karatas' replies in further support of their Motions to Strike are due on July 7, 2025. Since the Weinstocks are requesting a slight enlargement of their time, the Government and Mr. Karatas should be granted a similar extension. Accordingly, (and as requested by Mr. Karatas), the Government and Mr. Karatas should be granted an extension until July 9, 2025.

6) Counsel for the Government and for Mr. Karatas have informed the undersigned that they consent to this motion.

WHEREFORE, the instant motion should be granted.

Dated: June 20, 2025                    Respectfully submitted,

By: /s/ Asher Perlin
Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

Counsel for the Weinstock Claimants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on June 20, 2025, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

Counsel for the Weinstock Claimants