**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                            Civil Action No. 1:20-cv-02227-RC

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

        Defendants.

_____

[Proposed]
**<u>ORDER</u>**

For the reasons set forth in the Weinstock Claimants' Second Consent Motion for an Extension of Time, it is hereby Ordered that

    a)   The Weinstocks' time to oppose the Government's and Mr. Karatas' Motions to Strike (DE 85, 87), and to file a Reply in further support of their Motion for Summary Judgment, is extended until June 23, 2025; and

    b)   The Government's and Mr. Karatas' time to file replies in further support of their Motions to Strike is extended until July 9, 2025.

**SO ORDERED**

Dated:

                                                                               _____
                                                                               United States District Judge