**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 20-2227 (RC) |
| | : | | |
| | : | Re Document Nos.: | 76, 85, 87 |
| FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*, | : | | |
| Defendants. | : | | |

## ORDER

**GRANTING THE UNITED STATES' MOTION TO STRIKE; GRANTING CLAIMANT KARATAS'S MOTION TO STRIKE; DENYING THE WEINSTOCK CLAIMANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the United States' Motion to Strike (ECF No. 85) is **GRANTED**, Claimant Karatas's Motion to Strike (ECF No. 87) is **GRANTED**, and the Weinstock Claimants' Motion for Summary Judgment (ECF No. 76) is **DENIED**.

**SO ORDERED**.

Dated: September 25, 2025                        RUDOLPH CONTRERAS
                                                 United States District Judge