UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

           Defendants.

_____

Civil Action No. 1:20-cv-02227-RC

## **THE WEINSTOCK CLAIMANTS' NOTICE OF NEW BINDING AUTHORITY**

On September 25, 2025, the Court entered an order and memorandum opinion holding that under the civil forfeiture statute, the Weinstocks lack standing to enforce their judgment from the assets at issue in this case under the Terrorism Risk Insurance Act ("TRIA") (ECF 95-96). The very next day, September 26, 2025, the D.C. Circuit issued an opinion holding that TRIA permits enforcement of terrorism judgments from assets subject to civil forfeiture proceedings, **notwithstanding** any contrary statutory forfeiture provisions. *See Levin v. Wells Fargo Bank, N.A.*, ___ F.4th ____, 2025 WL 2737588, at *8 n.1 (D.C. Cir. Sept. 26, 2025) (rejecting the "argument that the civil-forfeiture statute bars the attachment proceedings here," and holding that TRIA prevails over the civil-forfeiture statute).

The holding in *Levin* requires reversal of this Court's September 25, 2025, opinion, and its opinion of November 19, 2024, which was based on the same grounds. Indeed, *Levin* upends entirely the main legal theory asserted by the Government and Claimant Karatas in this matter.

Accordingly, the Weinstocks intend to file a motion for reconsideration of both opinions and their accompanying orders, on or before October 23, 2025.

Dated: September 29, 2025

                                                 Respectfully submitted,

/s/ Asher Perlin\
Asher Perlin\
Bar I.D. FL0006\
LAW OFFICE OF ASHER PERLIN\
4600 Sheridan Street\
Suite 303\
Hollywood, Florida 33021\
(786) 687-0404\
asher@asherperlin.com

*Counsel for the Weinstock Claimants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on September 29, 2025, on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

*Counsel for the Weinstock Claimants*