UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.<br><br>*In rem Defendants.* | Civil Action No. 20-2227 (RC) |

## HUSAMETTIN KARATAS'S OPPOSITION TO THE WEINSTOCK CLAIMANTS' MOTION FOR RECONSIDERATION

Non-party, former claimant, Mr. Husamettin Karatas, by and through counsel, submits this opposition to the motion for reconsideration (ECF No. 99, "Mot. Recon.") filed by Claimants Sharon Beth Weinstock, Moshe Y. Weinstock, Aryeh T. Weinstock, Chaim Mishael Weinstock, Geula B. Weinstock, the Estate of Yitzchak Weinstock, the Estate of Dov Weinstock, the Estate of Simon Dolgin, and the Estate of Shirley Dolgin (collectively, the "Weinstock Claimants").

The Weinstock Claimants argue that the D.C. Circuit's recent holding in *Levin v. Wells Fargo Bank*, N.A., --- F.4th ---, 2025 WL 2737588, at *8 n.1 (D.C. Cir. Sept. 26, 2025) ("*Levin II*"), merits reconsideration and reversal of this Court's decision to strike the Weinstock Claimants' claim from this suit. For all the reasons stated in the United States' Opposition[1] to the Weinstock Claimants' Motion for Reconsideration the Weinstock Claimants are incorrect, and the Court should deny their Motion.

Mr. Karatas joins and adopts, as if set forth fully herein, the United States' Opposition to the Weinstock Claimants' Motion for Reconsideration. The background, legal standards,

---

[1] On information and belief, Government counsel in this matter intends to file the United States Opposition to the Weinstock Claimants Motion for Reconsideration as permitted under relevant guidance regarding the ongoing lapse in appropriations funding the Justice Department.

1 | P a g e

discussion and conclusions advanced by the United States apply with equal force to Mr. Karatas in his capacity as a former claimant and a non-party to this *in rem* proceeding.

## DISCUSSION

The Weinstock Claimants submit that reconsideration is warranted because of the holdings in *Levin II* and *United States v. All Funds on Deposit with R.J. O'Brien & Assocs.*, 783 F.3d 607 (7th Cir. 2015). The Weinstock Claimants are incorrect because neither case upends this Court's sound analysis and conclusion that the Weinstock Claimants' lack standing to pursue claims, crossclaims and/or counterclaims in this matter.

## CONCLUSION

For all the reasons stated in the United States Opposition to the Weinstock Claimants' Motion for Reconsideration, the Weinstock Claimants' lack of standing remains fatal to their effort to collect on an unsatisfied judgment against "Hamas" during this *in rem* forfeiture proceeding. The Court should deny the Weinstock Claimants' motion for reconsideration and enter the proposed order submitted by the United States.

Respectfully Submitted,

Husamettin Karatas
BY COUNSEL

Andrea L. Moseley, Esq.
DC Bar No. 502504
Counsel for Husamettin Karatas
Kropf Moseley Schmitt PLLC
1100 H St. NW; Suite 1220
Washington, D.C.  20005
Phone 202-549-0425
andrea@kmlawfirm.com

## **C E R T I F I C A T E**

      I hereby certify that on <u>November 7, 2025</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record to the following:

_____
Andrea L. Moseley, Esq.
DC Bar No. 502504
Counsel for Husamettin Karatas
Kropf Moseley Schmitt PLLC
1100 H St. NW; Suite 1220
Washington, D.C. 20005
Phone 202-549-0425
andrea@kmlawfirm.com