UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>    Defendants in rem,<br><br>HUSAMETTIN KARATAS,<br><br>    Claimant,<br><br>    - and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>    Claimants. | Civil Action No. 20-2227 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Weinstock Claimants' motion for reconsideration (ECF No. 99), the United States' opposition thereto, and the entire record herein, it is hereby

ORDERED that the Weinstock Claimants' motion is DENIED.

SO ORDERED:

_____          _____
Dated                                                                 RUDOLPH CONTRERAS
                                                                      United States District Judge