UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

FIFTY-THREE VIRTUAL CURRENCY
ACCOUNTS, *et al.*,

          Defendants.

_____

Civil Action No. 1:20-cv-02227-RC

### THE WEINSTOCK CLAIMANTS' UNOPPOSED MOTION
### FOR AN EXTENSION OF TIME

    Claimants Sharon Weinstock, Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, and Chaim Mishael Weinstock, and the Estates of Yitzchak Weinstock, Dov Weinstock, Simon Dolgin and Shirley Dolgin ("Weinstocks") hereby respectfully move to extend until December 1, 2025 their time to file a reply in support of their motion for reconsideration (DE 99). In support of this motion the Weinstocks state as follows:

    1)    On October 23, 2025, the Weinstocks moved for reconsideration of the orders and opinions dated September 25, 2025 and November 19, 2024 striking their Counterclaim and Crossclaim and denying their Motion for Summary Judgment. DE 98.

    2)    On October 24, 2025, the Weinstocks filed a corrected motion for reconsideration to make non-substantive corrections, such as typographical errors.

    3)    On November 8, 2025, Karatas and the government filed their opposition memoranda to the motion for reconsideration. DE 100, 101.

    4)    The Weinstocks' reply to the Government's opposition is due on November 17, 2025.

1

5) Undersigned counsel has an appellate brief due in the Seventh Circuit Court of Appeals on November 17, 2025. See *Weinstock v. Islamic Republic of Iran v. R.J. O'Brien Limited*, case no. 25-2413 (7th Cir.).

6) Additionally, counsel has a memorandum in opposition to a motion to dismiss due in the United States District Court for the District of Colorado on November 26, 2025. See *Levine v. Palestine Liberation Organization*, case no. 21-cv-03043 (D. Colo.).

7) Without the additional time, counsel will not be able to prepare the reply memorandum in support of the Weinstocks' Motion for Reconsideration.

8) Accordingly, the Weinstocks respectfully request an extension of time until December 1, 2025 to file the reply.

9) Counsel for the Karatas has consented to the requested extension of time.

10) Counsel for the government has not yet responded to two emails requesting the government's position. Counsel called Mr. Hudak. The call was not answered and counsel left a detailed message on Mr. Hudak's voicemail, which has also not been answered. Undersigned counsel believes that the government's non-response is likely attributable to the still-ongoing government shutdown.

WHEREFORE, the instant motion should be granted.

Dated: November 11, 2025        Respectfully submitted,

By: /s/ Asher Perlin
Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

*Counsel for the Weinstock Claimants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on November 11, 2025 on the Court's CM/ECF system which will send a notice of electronic filing to counsel of record for all parties.

By: /s/ Asher Perlin

Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherperlin.com

*Counsel for the Weinstock Claimants*