UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,

      Defendants.

---

Civil Action No. 1:20-cv-02227-RC

[Proposed]
**ORDER**

For the reasons set forth in the Weinstock Claimants' Motion for an Extension of Time, it is hereby Ordered that

The Weinstocks' motion is GRANTED.

The Weinstocks' time to file a reply in further support of their Motion for Reconsideration, is extended until December 1, 2025.

**SO ORDERED**

Dated:

_____
United States District Judge