AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20-2227 (RC) |
| 53 Virtual Currency Accounts | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States                                                                                              .

Date:      11/23/2025                                              /s/ Dimitar P. Georgiev
                                                                                    *Attorney's signature*

                                                            Dimitar P. Georgiev, D.C. Bar #1735756
                                                                            *Printed name and bar number*

                                                    U.S. Attorney's Office for the District of Columbia
                                                                            601 D Street, NW
                                                                            Washington, DC 20530

                                                                                        *Address*

                                                            dimitar.georgiev-remmel@usdoj.gov
                                                                                    *E-mail address*

                                                                            (202) 252-7678
                                                                                *Telephone number*

                                                                                    *FAX number*