UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>Defendants in rem. | Civil Action No. 20-2227 (RC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

The Clerk of the Court will please withdraw the appearance of Assistant U.S. Attorney Brian P. Hudak as counsel for the United States in the above-captioned case.

Dated: November 29, 2025            Respectfully submitted,

                                    /s/ Brian P. Hudak
                                    BRIAN P. HUDAK, D.C. Bar #90034769
                                    Chief, Civil Division
                                    601 D Street, NW
                                    Washington, DC 20530
                                    (202) 252-2549

                                    *Attorney for the United States of America*