**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 20-2227 (RC)<br><br>Re Document Nos.: 98, 99 |

**ORDER**

**DENYING THE WEINSTOCK CLAIMANTS' MOTION FOR RECONSIDERATION**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Weinstock Claimants' Motion for Reconsideration (ECF Nos., 98,99) is **DENIED**.

**SO ORDERED**.

Dated: September 14, 2025

RUDOLPH CONTRERAS
United States District Judge