UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>Defendants in rem,<br><br>- and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>Claimants. | Civil Action No. 20-2227 (RC) |

**CONSENT MOTION TO EXTEND**

The United States respectfully moves this Court to extend the deadline for the parties to respond to the Court's October 14, 2026, Minute Order, which directs the parties to "jointly submit a proposed schedule to govern further proceedings." Counsel for the United States conferred with counsel for the Weinstock Claimants, who indicates the Weinstock Claimants consent to the requested relief. *See* LCvR 7(m).

The parties are conferring, via counsel, regarding next steps. The United States requires some additional time to formulate a position, which would allow the parties to conclude their discussions. The United States, therefore, respectfully request that the Court permit the parties respond to the Court's order on or before November 4, 2026.

* * *

Dated: October 28, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIFTY-THREE VIRTUAL CURRENCY ACCOUNTS, et al.,<br><br>Defendants in rem,<br><br>- and -<br><br>SHARON BETH WEINSTOCK, et al.,<br><br>Claimants. | Civil Action No. 20-2227 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States's unopposed motion to extend, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties shall file a joint status report on or before November 4, 2026, proposing next steps in this case.

SO ORDERED:

______________________
Date

______________________________
RUDOLPH CONTRERAS
United States District Judge